## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.   **Case No:   05-1745**

AMERICAN CITY DINER, INC

    Defendant.

_____/

## PROOF OF SERVICE

To the Clerk:

    Attached for filing, please find Affidavit of Service in the above captioned case indicating that Scott Tilles, Process Server served Defendant via personal service on October 27, 2005.  The return receipt attached hereto indicates that the Defendant received the Summons and Complaint on October 27, 2005.

Dated this 3rd day of November 2005.

                            /s/  Joel R. Zuckerman
                            Joel R. Zuckerman, Esquire
                            Federal Bar No. 480152
                            Schwartz Zweben & Slingbaum, LLP
                            51 Monroe Street, Suite 812
                            Rockville, Maryland 20850
                            Telephone:   (301) 294-6868
                            Facsimile:   (301) 294-6480
                            *Attorney for Plaintiff*