# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 1:05CV01745

Plaintiff:
**Russell Holt**

vs.

Defendant:
**American City Diner, Inc. d/b/a American City Diner**

Received by ESQ Process Servers to be served on **AMERICAN CITY DINER INC., 5501 Connecticut Avenue, N.W., Washington, DC 20015.**

I, Scott Tilles, being duly sworn, depose and say that on the **27th day of October, 2005** at **10:48 am**, I:

Served the within named **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** with the date and hour of service endorsed thereon by me to JEFFREY GILDENHORN as **Resident Agent** of the within named corporation, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Served at 3200 Ellicott Street, NW, Washington, DC 20008

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.



Subscribed and Sworn to before me on the 27th day of October, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission Expires January 1, 2007

Scott Tilles
Process Server

ESQ Process Servers
51 Monroe Street
Suite 708
Rockville, MD 20850
(301) 762-1350
Our Job Serial Number: 2005013011
Ref: Russell Holt

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f