UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

v.                                      CASE NO.: 1:05CV01745

AMERICAN CITY DINER, INC.
d/b/a AMERICAN CITY DINER

    Defendant.

### ANSWER TO COMPLAINT

COMES NOW the Defendant, AMERICAN CITY DINER, INC., by and through it's counsel, LAW OFFICES OF JAY S. WEISS, P.C., and in answer to the Complaint herein states as follows:

1. Defendant admits that this Court is the appropriate forum for the resolution of claims under the Americans with Disabilities Act ("ADA") pursuant to 42 U.S.C. §12181 and that venue is proper but denies that it was in violation of any provisions of said Act as recited within the Complaint or otherwise.

2. Defendant neither admits nor denies the recitals in paragraph 3 of the Complaint herein insofar as the Plaintiff alleges a "qualified disability" but Defendant specifically denies that the Plaintiff was denied full, safe and equal access to the Defendant's premises and that Defendant was not in compliance with the ADA.

3. Defendant admits the allegations contained in

paragraph 4 of the Complaint but neither admits nor denies the allegations in paragraph 5 of the Complaint.

4.   Defendant neither admits nor denies the allegations contained in paragraphs 6, 7, 8 of the Complaint herein and demands strict proof thereof.

5.   Defendant denies the allegations contained in paragraphs 9, 10, 11, 12, 13, 14, and 15 of the Complaint herein and demands strict proof thereof.

6.   In answer to paragraph 16 herein, the Defendant denies that the Plaintiff was obligated to obtain counsel for the filing of this cause of action, and denies that Plaintiff is entitled attorney's fees, costs, or expenses for the bringing of this action because the action is non-meritorious, frivolous, and extortionate.

7.   In reply to paragraph 17 herein, Defendant neither admits nor denies the allegations and demands strict proof thereof.

8.   By way of further answer to the Complaint herein, Defendant generally denies all allegations not specifically admitted herein, generally denies liability as to the Plaintiff, denies that it is in violation of the ADA and desires to assert any and all defenses available under Title III of the ADA and further reserves the right to supplement it's Answer.

WHEREFORE, the Defendant requests:

A. That the Court dismiss the Complaint herein for failure to state a claim upon which relief may be granted.

B. That the Court enter an Order requiring the Plaintiff to pay reasonable attorney's fees to the Defendant for the necessity of defending this non-meritorious and frivolous lawsuit in accordance with the appropriate provisions of C.F.R. §36-304 and 42 U.S.C. §12205.

C. That the Court award such other and further relief to the Defendant as it deems necessary, just and proper.

Respectfully submitted,

LAW OFFICES JAY S. WEISS, P.C.


BY:_____
Jay S. Weiss
D.C. Bar No.: 29652
1828 L Street, NW, Suite 902
Washington, D.C. 20036
(202) 872-1545
Attorney for Defendant


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was sent this ____ day of November, 2005, via first class mail, postage pre-paid to:

Joel Zuckerman, Esq.
SCHWARTZ, ZWEBEN & SLINGBAUM, LLP
51 Monroe Street, Suite 812
Rockville, MD 20850

_____
Jay S. Weiss, Esquire