CASE NO.: 05-1745
**Statement of the Facts of the Case and the
Statutory Basis for the Causes of Action and Defenses**

Plaintiff, Russell Holt, is an individual with a qualified disability as that term is defined by the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*. Mr. Holt claims that the American City Diner, located at 5532 Connecticut Ave., NW, Washington, D.C. and owned and/or operated by American City Diner, Inc., the Defendant, is a place of public accommodation as that term is defined by the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*. Mr. Holt claims that the Defendant has discriminated against him, and continues to discriminate against him, by denying him full, safe and equal access to the goods, services, facilities, privileges and advantages and/or accommodations provided at the American City Diner, in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*. Plaintiff has identified specific barriers to access in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq* in his complaint, the presence of which denied him, and continue to deny him, full, safe and equal access to the goods and services offered by the Defendant at the restaurant. Plaintiff seeks injunctive relief, including an order to alter the property and make the necessary modifications so that the restaurant will be readily accessible to individuals with disabilities. Attorney's fees, costs and litigation expenses, including expert witness fees are also being sought by the Plaintiff.

Defendant claims that it is not in violation of any portion of the American's with Disabilities Act, 42 U.S.C. §12101 *et seq* and denies that it has discriminated against the Plaintiff at any time and further denies that it has ever denied the Plaintiff full, safe and

equal access to the goods services, facilities, privileges and advantages and/or accommodations provided at its place of business.

Defendant contents that the Plaintiff is a litigious individual attempting to extort compensable damages from it.  Plaintiff is also requiring the Defendant to incur significant and substantial attorney's fees for the defense of a non-meritorious lawsuit including the exorbitant costs for the production of expert witnesses to rebut the primary claims of the Plaintiff concerning the safety and accessibility to the public of the Defendants' place of business.