**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RUSSELL HOLT

    Plaintiff,

vs.                                        **Civil Action No.:   05-1745**

AMERICAN CITY DINER, INC.
d/b/a AMERICAN CITY DINER

    Defendant

_____/

**PARTIES' PROPOSED SCHEDULING ORDER**

Upon consideration of the Parties' Joint Report to the Court pursuant to Fed. R. Civ. P. 26(f) and Local Rules 16.3(d) and 26.2, the Court, pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.4(a), it is, by the United States District Court for the District of Columbia, hereby **ORDERED** as follows:

    **1.**    **Discovery.**

           a.    Discovery will begin immediately upon entry of this order.  Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be dispensed with.

           b.    No changes to the number or duration of depositions appear to be necessary and thus, unless otherwise authorized by the Court or stipulated by the parties, each side may take 4 non-party depositions, expert depositions, and depositions of the parties.  The depositions shall take no longer than seven hours in length, and

      shall be taken in accordance with the convenience of the parties, their counsel, and the deponents.

c.     No changes to the number of interrogatories appear necessary and thus, unless otherwise authorized by the Court or stipulated by the parties, each side may serve upon the other written interrogatories, not exceeding 25 in number including all discrete subparts.

d.     Each side may serve requests for admissions and requests for production of documents as provided under Fed. R. Civ. P. 24 and 36.

e.     All discovery, if necessary, shall be completed within 180 days from the commencement of discovery or August 15, 2006, whichever date is later. Additional time may be ordered by the Court.

With respect to experts:

(a)     Plaintiff will designate his experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by May 15, 2006;

(b)     Defendant will designate its experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by June 15, 2006;

(c)     Plaintiff will identify rebuttal experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by July 1, 2006;

(d)     The parties will make their experts available for deposition within a reasonable time after the designation and disclosures are

delivered pertaining to that expert and in accordance with the scheduling capability of said expert.

2. **Joinder of Other Parties/Amendment of the Pleadings**

   Joinder of other parties shall occur, if at all, as provided under the Rules or upon agreement of the parties, subject to the Court's approval. The parties may amend their pleadings once without leave of Court by March 3, 2006.

3. **Dispositive Motions.**

   Defendant shall file its dispositive summary judgment motion(s) by August 15, 2006. Oppositions should be filed by September 15, 2006. Replies should be filed by October 1, 2006. The Court will rule on the parties' dispositive summary judgment motions as soon as practicable after they are filed and will convene oral argument on the motions if necessary.

4. **Protective Order**

   The parties should prepare a suitable proposed protective order should they deem such an order necessary.

5. **Pretrial Conference.**

   The pretrial conference, if any, should be held within 30 days after rulings on the parties' dispositive summary judgment motions.

6. **Trial.**

   A date for trial, if any, will be set at the pretrial conference from 30 to 60 days after that conference.

Dated: _____ ___, 2006.

                                                                                      C. Kollar-Kotelly
United States District Judge

Copies to:

Joel R. Zuckerman, Esq.
Jay S. Weiss, Esq.