UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                        **Case No:     05-1745**

AMERICAN CITY DINER, INC

    Defendant.

_____/

## **STIPULATION**

The parties, by and through undersigned counsel, hereby stipulate and waive the requirements of F.R.C.P. 26(a) with respect to initial disclosures.

Dated:  February 15, 2006          Respectfully submitted:

                                                                /s/
                                         Joel R. Zuckerman, Esq.
                                         Schwartz Zweben & Associates, LLP
                                         D.C. Bar No. 480152
                                         Joel R. Zuckerman, Esq.
                                         51 Monroe St., Suite 812.
                                         Rockville, Maryland 20850
                                         (301)294-6868--- Voice
                                         (301)294-6480--- Fax
                                         Attorney for Plaintiff

                                                               /s/
                                         Jay S. Weiss, Esq.
                                         D.C. Bar No.:  29652
                                         1828 L Street, NW, Suite 902
                                         Washington, D.C. 20036
                                         (202)872-1545

Case 1:05-cv-01745-CKK    Document 10    Filed 03/06/2006    Page 2 of 2