IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                    Civil Action No.: 05-1745

AMERICAN CITY DINER, INC.
d/b/a AMERICAN CITY DINER

    Defendant
_____/

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6, Joel R. Zuckerman, Esq., hereby files this Notice of Withdrawal of Appearance as attorney of record for the Plaintiff, Russell Holt.

Date: May 24, 2006

_____
Russell Holt, Plaintiff

                                            /s/
                                      Joel R. Zuckerman, Esq. 480152
                                      Maxwell & Barke LLC
                                      51 Monroe St., Suite 806
                                      Rockville, Maryland 20850
                                      Telephone: (301)309-8300
                                      Facsimile: (301)309-8303
                                      e-mail: email@maxlaw.us

### CERTIFICATE OF SERVICE

I hereby certify that on this ___31___ day of May, 2006, a copy of the foregoing was sent via this Court's ECF Case Management System to counsel for the Defendant, Jay S. Weiss, Esq.

                                            /s/
                                      Joel R. Zuckerman