IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                 Civil Action No.:   05-1745

AMERICAN CITY DINER, INC.
d/b/a AMERICAN CITY DINER

    Defendant
_____/

## NOTICE OF APPEARANCE

The undersigned attorney files this Notice of Appearance in the above-styled cause for the Plaintiff, RUSSELL HOLT, and requests the Clerk of Court and all other parties to direct all correspondence to Gene R. Zweben, Esq., Schwartz, Zweben & Slingbaum, LLP, 205 SW Winnachee Drive, Stuart, Florida 34494-7105.

                                              /s/ Gene R. Zweben
                                              GENE R. ZWEBEN, ESQ.
                                              Florida Bar No. 0088919
                                              Attorneys for Plaintiff
                                              Schwartz, Zweben & Slingbaum, LLP
                                              205 SW Winnachee Drive
                                              Stuart, Florida 34994-7105
                                              Telephone:  (772) 223-5454
                                              Fax:            (772) 463-0778

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served upon all other parties who have appeared by Notice of Electronic Filing on this 1st day of June 2006.

/s/ Gene R. Zweben
Gene R. Zweben, Esq.