UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                                    CASE NO.: 05-CV-01745-CKK

AMERICAN CITY DINER, INC.
d/b/a AMERICAN CITY DINER

    Defendant.
_____/

## ORDER

THIS CAUSE having come on before the Court upon the Plaintiff's Motion To COMPEL DEFENDANT'S ANSWERS TO INITIAL INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION, and the Court being duly advised in the premises, it is,

ORDERED AND ADJUDGED that said Motion be and the same is hereby GRANTED/DENIED.

_____

_____

DONE AND ORDERED in Chambers at Washington, D.C., this ____day of August  2006.

                                            _____
                                            UNITED STATES DISTRICT COURT JUDGE

Copies sent to:
Gene R. Zweben, Esquire
Jay S. Weiss, Esquire

1