**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RUSSELL HOLT,

      Plaintiff,

vs.                                                    CASE NO.: 1:05-cv-01745
                                                       Judge Kollar-Kotelly


AMERICAN CITY DINER, INC,

      Defendant.

_____/

**ENTRY OF APPEARANCE**

      Please enter the appearance of Jason E. Miles, as co-counsel for the Plaintiff.

Dated:  August 21, 2006                    Respectfully submitted:


                                           By:  ___s/Jason E. Miles_____
                                           Jason E. Miles, Esquire
                                           Maryland Bar No. 26349
                                           Schwartz, Zweben & Slingbaum LLP
                                           51 Monroe Drive, Suite 812
                                           Rockville, MD  20850
                                           Telephone:     (301) 294-6868
                                           Facsimile:     (301) 294-6480
                                           **jmiles@szalaw.com**

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 21, 2006, I electronically filed the

foregoing document with the Clerk of the Court, to the following ECF Registrant:  Gene

R. Zweben, Esquire, and Jay S. Weiss, Esquire.


                                           _____s/Jason E. Miles_____
                                           Jason E. Miles, Esquire