UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT,

    Plaintiff,

vs.                                      CASE NO.: 1:05-cv-01745
                                                Judge Kollar-Kotelly

AMERICAN CITY DINER, INC,

    Defendant.

_____/

**PLAINTIFF'S REQUEST FOR ATTORNEY FEES AND EXPENSES**

**COMES NOW**, RUSSELL HOLT, Plaintiff by and through his attorney and pursuant to the September 1, 2006, Order of the Court granting Plaintiff's Motion to Compel Discovery and Federal Rule of Civil Procedure 37, Plaintiff respectfully requests that this Court award attorney's fees to the plaintiff as set forth in this motion. In support of this request, plaintiff avers as follows:

1.     On August 15, 2006, Plaintiff filed a Motion to Compel Discovery regarding specific interrogatories and requests to produce propounded by Plaintiff which were not properly answered by Defendant.

2.     On September 1, 2006, the Court entered an Order granting Plaintiff's Motion to Compel Discovery and further stating that Plaintiff may submit a Motion for Attorney Fees by September 15, 2006, relative to the expenses and cost incurred in drafting Plaintiff's Motion to Compel.

3.     An award of reasonable attorney's fees, including expenses should be awarded to plaintiff pursuant to Fed. R. Civ. P. 37 (a)(4)(A).

4.      Plaintiff's attorneys, Schwartz Zweben & Slingbaum, LLP have maintained detailed time records of the professional services rendered in this case and a detailed record of the cost expended by or on behalf of plaintiff in the prosecution of this motion. A copy of Gene R. Zweben's time records and plaintiff's cost are attached to this motion as Exhibit A.  (Only a portion of the billing statement reflecting the work regarding the Motion to Compel is included.  Some portions not relevant to this motion are redacted).

5.      The professional time expended by Schwartz Zweben & Slingbaum, LLP on plaintiff's claim against the defendant total 6.5 hours.

6.      The hours expended by Schwartz Zweben & Slingbaum, LLP were reasonable and necessary in the prosecution of Plaintiff's instant motion. (See affidavit of Gene R. Zweben attached to this motion as Exhibit B).

7.      The hours expended on the preparation of Plaintiff's instant motion are properly recoverable.  <u>Turner v. D.C. Board of Elections and Ethics,</u> 170 F. Supp. 2d. 1 (D.C.D. October 23, 2001).

8.      Because of the complexity of plaintiff's claim under the ADA, the success of Schwartz Zweben & Slingbaum, LLP in protecting plaintiff's rights against discrimination and the demonstrated proficiency and high degree of quality representation afforded plaintiff, plaintiff requests the amount of $1,817.00 in attorney fees.  (Gene Zweben's billing rate at $280.00 per hour and Jason Miles' billing rate at $265.00 per hour.)

9.      The hourly rate of Schwartz Zweben & Slingbaum, LLP attorney's and the services provided by such attorneys, as set forth in the firms detailed time records (Exhibit A, attached to this motion), are in line with those prevailing in the community

for services similar to those provided to plaintiffs by attorneys of reasonably comparable skill, experience, and reputation. Plaintiff's counsel graduated from law school over ten years ago, and the prevailing market rate that he would be entitled according to the most recent *Laffey Matrix* is $305.00 per hour. Plaintiff's counsel charged $280.00 per hour for his services rendered in this case. This is the rate that Plaintiff normally charges his clients for similar cases. Thus, the Plaintiff's attorney's hourly rate is reasonable.

WHEREFORE, Plaintiff respectfully requests that the Court award Plaintiff's attorneys fees in the amount of $1,817.00.

Dated: September 14, 2006                Respectfully submitted:

By:     /s/Gene R. Zweben
Gene R. Zweben, Esquire
Florida Bar No. 0088919
Schwartz, Zweben & Slingbaum LLP
205 Southwest Winnachee Drive
Stuart, Florida  34994
Telephone:    (772) 223-5454
Facsimile:     (772) 463-0778

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2006, I electronically filed the foregoing document with the Clerk of the Court, to the following ECF Registrant:

**Jay S. Weiss**, **Esquire.**

By: /s/ Gene R. Zweben
Gene R. Zweben, Esquire