Holt, Russell  
5532 Connecticut Avenue NW  
Washington  DC  20015  
usa

September 14, 2006  
Account No: MD6013-013C  
Statement No: 15369

Russell Holt v. American City Diner, Inc.

PRE-BILL

### Fees

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 07/03/2006 | GRZ | Review of Defendant's Response to Discovery; draft letter to defense counsel. Draft letter to client with copy of responses | 280.00 | 1.10 | 308.00 |
| 07/06/2006 | GRZ | Telephone call from defense counsel. | 280.00 | 0.20 | 56.00 |
| | GRZ | Call to client to discuss call with Defendant | 280.00 | 0.20 | 56.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 07/25/2006 | GRZ | Draft Plaintiff's Motion to Compel Answers to Initial Interogs & Req for Production along with proposed Order.  Research provisions to include in motion. | 280.00 | 2.50 | 700.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 08/10/2006 | JM | Telephone  calls to Jay Weiss re: motion to compel. | 265.00 | 0.20 | 53.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09/01/2006 | GRZ | Review Order re: motion to compel. | 280.00 | 0.10 | 28.00 |

EXHIBIT A

Russell Holt v. American City Diner, Inc.

| | | | Rate | Hours |  |
|---|---|---|---|---|---|
| 09/13/2006 GRZ | Draft Motion for Attorney Fees and Affidavit re: Motion to Compel. | | 280.00 | 2.20 | 616.00 |
| | For Current Services Rendered | | | | |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Gene R. Zweben | | $280.00 | |
| Jason E. Miles | | 265.00 | |

Total Current Work

Balance Due

Billing History

| Fees | Hours | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|---|
| | | 0.00 | 0.00 | 0.00 | 0.00 |