## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT,
      Plaintiff,

vs.
                                     CASE NO.: 1:05-cv-01745
                                     Judge Kollar-Kotelly

AMERICAN CITY DINER, INC,
      Defendant.

_____/

## ATTORNEY'S FEE AFFIDAVIT OF GENE R. ZWEBEN, ESQ.

STATE OF FLORIDA
COUNTY OF MARTIN

      On this day personally appeared before me, the undersigned authority, Gene R. Zweben, Esq., who being first duly sworn, says on oath:

1. I am a partner with the Law Firm of Schwartz Zweben & Slingbaum, LLP and represent the Plaintiff in this action and I make this affidavit on the basis of my personal knowledge to support an attorney's fee award.

2. I am a practicing attorney and have been a member of the Florida Bar since 1996 and the Tennessee Bar since 2003. I was admitted to the United States District Court for the Southern, Middle and Northern Districts of Florida in 2001, the District of Colorado in 2002, the Northern District of Texas in 2003, the Southern and Eastern District of Texas in 2005, the Eastern and Middle Districts of Tennessee in 2003, and the US Court of Appeals for the 6th and 11th Circuit in 2003. I was admitted to the United States District Court for the District of Columbia in 2006.

3. All of the information provided in Plaintiffs' Motion for Attorney's Fees as well as the billing records provided are true and correct to the best of my knowledge.

_____
Affiant Signature

Sworn to and subscribed before me this 14th day of September, 2006.

_____
Notary Public, State of Florida

**Sharon H. Hagood**
Commission #DD164009
Expires: Nov 11, 2006
Bonded Thru
Atlantic Bonding Co., Inc.