**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RUSSELL HOLT,

    Plaintiff,

vs.                                      CASE NO.: 1:05-cv-01745
                                              Judge Kollar-Kotelly

AMERICAN CITY DINER, INC,

    Defendant.
_____/

**ORDER ON PLAINTIFF'S MOTION FOR SANCTIONS, and ATTORNEYS'
FEES AND COSTS DUE TO DEFENDANT, AMERICAN CITY DINER, INC.'s
FAILURE TO RESPOND TO DISCOVERY AND FAILURE TO COMPLY WITH
COURT ORDER AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

      THIS CAUSE is before the Court upon Plaintiff's Motion for Sanctions, and Attorneys' Fees and Costs, due to Defendant, AMERICAN CITY DINER, INC.'s Failure to Respond to Discovery and Failure to Comply with Court Order , and the Court having noted the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

      ORDERED and ADJUDGED that the Motion is GRANTED / DENIED.

_____

_____

_____ .

      DONE AND ORDERED in Chambers at Washington, D.C. this ___ day of _____, 2005.

                                                          _____
                                                           United States District Judge

**Copies furnished to:
Counsel of Record**