**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RUSSELL HOLT

    Plaintiff,

vs.                                            **Civil Action No.:   05-1745**

AMERICAN CITY DINER, INC.
d/b/a AMERICAN CITY DINER

    Defendant
_____/

**PLAINTIFF'S RESPONSE TO COURT RE: NON-APPEARANCE AT STATUS
CONFERENCE OF SEPTEMBER 29, 2006**

    COMES NOW, Plaintiff, RUSSELL HOLT, by and through the undersigned counsel, and hereby submits his response to this Honorable Court as to counsel's non-appearance at the Status Conference held on September 29, 2006, and states as follows:

1. On September 29, 2006, a Status Conference which was previously scheduled via telephone, took place before the Honorable Colleen Kollar-Kotelly.

2. During that week, the undersigned inadvertently failed to calendar same in his calendar software program[1].

3. Further, at approximately 9:30 a.m. – 10:00 a.m., the undersigned realized his calendar error, while driving to his office via Baltimore, and immediately contacted the Judge's chambers. The undersigned sincerely apologizes for

---

[1] The undersigned has undergone extensive training all that week, and was just beginning to learn the software program regarding the upcoming calendar deadlines and events.

1

4. The undersigned was contacted by defense counsel immediately following the status conference. Based on the said conversation the undersigned feels that defense counsel made inaccurate and misleading statements regarding the procedural posture of this case in light of the numerous telephone calls, e-mail's and fax's sent between counsels prior to the September 29, 2006, status conference.

5. Particularly, the undersigned and defense counsel had discussions in reference to the need for timely filing of the Rule 16.3 Statement, and the Defendant's need to comply with outstanding discovery.

6. On August 3, 2006, the Plaintiff filed a Motion to Compel discovery which was granted on August 29, 2006, directing Defendant to provide full and complete answers to Plaintiff's First Set of Interrogatories and Production of documents request.

7. Said Order gave Defendant until September 19, 2006 to provide full and complete answers.

8. That Plaintiff waited until September 26, 2006, to file his Motion for sanctions, attorney fees and cost for Defendant's failure to comply.

9. In addition, Defendant did not file his response to discovery until after business hours the evening of September 28, 2006, wherein he makes misleading statement regarding certain "verbal agreements" to produce pleadings pertaining to 16 lawsuits filed previously by Plaintiff.

this inadvertent error and requests that this Honorable Court reset the Status Conference based upon the contents of the following paragraph.

10. As a result of the foregoing, plaintiff respectfully requests that the Court reset the Status Conference for the above-styled cause.

Respectfully submitted:

S/Jason e Miles
Jason E. Miles, Esq.
Schwartz Zweben & Associates, LLP
51 Monroe St., Suite 812
Rockville, Maryland 20850
(301)294-6868--- Voice
(301)294-6480--- Fax
Attorney for Plaintiff
jmiles@szalaw.com

**Certificate of Service**

I HEREBY CERTIFY that on October 2, 2006, led the foregoing document with the Clerk of the Court and to the following ECF Registrants: Jay Weiss, Esquire and Gene Zweben, Esquire.

S/Jason E Miles
Jason E. Miles, Esq.