IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                         **Civil Action No.:   05-1745**

AMERICAN CITY DINER, INC.
d/b/a AMERICAN CITY DINER

    Defendant

_____/

**PLAINTIFF'S NOTICE OF DEFENDANT'S NON-COMPLIANCE WITH THE COURT'S MINUTE ORDER DATED SEPT. 29, 2006**

COMES NOW, Plaintiff, RUSSELL HOLT, by and through the undersigned counsel, and hereby submits his Notice of Defendant's Non-Compliance with the Court's Minute Order dated September 29, 2006, and states as follows:

1. On August 3, 2006, Plaintiff's co-counsel, Gene Zweben filed his Motion to Compel Defendant's Answers to Initial Interrogatories and First Request for Production (See Docket #13). On August 29, 2006, the Court issued a Minute Order granting same and directing Defendant to provide full and complete answers to said discovery by September 19, 2006.

2. On September 26, 2006, the undersigned filed his Motion for Sanctions and Attorneys' Fees and Costs due to Defendant's failure to comply with the Court's Order described above. (See Docket #19).

3. On September 28, 2006, the defendant responded to Plaintiff's Motion for Sanctions, et al (See Docket #21) alleging that he never received the aforesaid Motion nor the Court's Order granting same, either by electronic filing, email or first-class mail.

4. On September 29, 2006, the Court issued a Minute Order directing Defendant to respond to Plaintiff's Motion for Sanctions and Attorneys' Fees and Costs (See Docket #19) by October 16, 2006, addressing the insufficient discovery responses previously ordered on August 29, 2006.

5. Defense counsel has not responded or complied with the Court's Order as of this date. Inasmuch as Defense counsel can no longer use the excuse of not knowing or receiving the Court's Order regarding its outstanding discovery responses, and as the due date to submit same has passed, plaintiff respectfully requests that the Court grant the relief sought in its previous Motions for Sanctions and Attorneys' Fees (see Docket #19 and #20), including compelling Defendant to respond to outstanding discovery and whatever further relief the Court deems appropriate and just.

Dated: October 17, 2006   Respectfully submitted:

S/Jason E Miles
Jason E. Miles, Esq.
Schwartz Zweben & Associates, LLP
51 Monroe St., Suite 812
Rockville, Maryland 20850
(301)294-6868--- Voice
(301)294-6480--- Fax
Attorney for Plaintiff
jmiles@szalaw.com

**Certificate of Service**

I HEREBY CERTIFY that on October 17, 2006, led the foregoing document with the Clerk of the Court and to the following ECF Registrants:  Jay Weiss, Esquire and Gene Zweben, Esquire.

                                            S/Jason E Miles
                                            Jason E. Miles, Esq.