UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT,

    Plaintiff,

vs.                                    CASE NO.: 1:05-cv-01745
                                         Judge Kollar-Kotelly

AMERICAN CITY DINER, INC,

    Defendant.
_____/

STATE OF MARYLAND    )
                                  )
COUNTY OF MONTGOMERY  )

### AFFIDAVIT OF RUSSELL HOLT

Personally appeared before me the undersigned authority, a Notary Public in and for said county and state, Russell Holt, who being by me, first duly sworn, did depose and say on oath as follows:

1. My name is Russell Holt. I am over the age of 18 and have personal knowledge of the facts contained within this Affidavit.

2. I am a resident of the State of Maryland and am an individual with a qualified disability under the ADA. I suffers from a spinal cord injury that requires the use of a wheelchair for mobility. I am a full time wheelchair user.

3. During my visits to the American City Diner prior to the filing of the Complaint, I encountered significant barriers to my full, safe and equal access to the property. Specifically, I encountered barriers to access associated with the accessible parking, accessible route to the accessible restaurant entrance, accessible entrance doors, the toilet room and accessible dining room seating. As a result of these barriers to access I was discriminated against due to my



A

disability and was denied full, safe and equal access to the full use and enjoyment of the goods and services offered at Defendant's property.

4. Upon visiting the Defendant's property and encountering the barriers to access, I provided my attorneys with a list of the barriers to access which caused me to be discriminated against due to my disability and instructed them to institute litigation on my behalf to have the barriers to access removed so that I could revisit the American City Diner and obtain full, safe and equal access.

5. My attorneys then sent me a copy of the complaint to review and approve prior to filing. I did review the proposed Complaint and authorized my attorneys to file the case.

6. I do not receive any compensation for filing lawsuits and have never received any monies or encouragement to do so. I voluntarily choose to exercise my civil rights to be free of discrimination when I encounter significant barriers to access due to my disability.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this the 25 day of oct , 2006

_____
Russell Holt

Sworn to and subscribed before me this the 25 day of oct 2006.
2006.

_____
NOTARY PUBLIC
My commission expires:

Salehuddin
Notary Public
Montgomery Co. MD
My Commission Expires April 24, 2010