UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT,

    Plaintiff,

vs.                                          CASE NO.: 1:05-cv-01745
                                               Judge Kollar-Kotelly

AMERICAN CITY DINER, INC,

    Defendant.
_____/

**ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Summary Judgment, and the Court having noted the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED / DENIED.

_____

_____

_____ .

DONE AND ORDERED in Chambers at Washington, D.C. this \_\_\_ day of _____, 2006.

                                                                _____
                                                                United States District Judge

**Copies furnished to:**
**Counsel of Record**