**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RUSSELL HOLT,

Plaintiff,

vs.

CASE NO.: 1:05-cv-01745
Judge Kollar-Kotelly

AMERICAN CITY DINER, INC,

Defendant
_______________________________/

STATE OF MARYLAND )
)
COUNTY OF MONTGOMERY )

## AFFIDAVIT OF STEVE MASON

COMES NOW, Steven Mason, and after having been duly sworn, states as follows:

1. My name is Steven Mason. I am a resident of Harpursville, New York and am over the age of 18. I have personal knowledge of the facts contained herein.

2. I am employed by Tcherneshoff Consulting, Inc., a Florida based consulting firm that has been providing expert opinions and consultation services in ADA cases since 1997. I obtained a Bachelor of Architecture in 1995 from the Boston Architectural Center School of Architecture. (See Curriculum Vitae attached hereto) I am a registered architect in the States of New York, New Hampshire, Vermont, Maine and Michigan with NCARB reciprocity in most jurisdictions. I specialize in barrier removal under the ADA and have been involved in accessibility studies and consulting since 1993.

3. In connection with my employment with Tcherneshoff Consulting, Inc., I was asked to gather and evaluate data during a site inspection, determine cost



estimates and recommend barrier removal. I personally developed the generalized preliminary budget cost estimates for the ADA Barrier Removal Survey of the Defendant's property which is the American City Diner located at 5532 Connecticut Avenue, N.W., Washington, D.C. 20015 (the "Property"). I evaluated the detailed data gathered during the inspections of the Defendant's property and utilized several sources and databases to provide accurate cost estimates for the removal of the barriers to access at the Defendant's property. These cost estimates are based, in part, upon similar barrier removal projects, information provided by manufacturers and distributors of different products, contractors working in the construction trades and upon data found in the various publications of RS Means/Reed Construction Data, including their "Building Construction Cost Data 63rd Annual Edition 2005. It is usual for both architects and contractors to rely upon RS Means as the industry standard for cost estimating.

4. Rather than give a single estimate for each modification, I provided a likely cost range rather than a single number. Where RS Means only gives a single cost per item, I used that number as a "low" to which I then added a percentage, depending on the item, to that to create a reasonable "high" cost estimate.

5. The types of barrier removal noted in my report are not out of the ordinary. Thus, the established cost database is particularly appropriate in this instance.

6. For the Defendant's property, on two occasions I gathered on-site measurements and took in excess of fifty (50) pictures. As a result of my two inspections,

survey reports were prepared for the March 9, 2006 site inspection and the August 22, 2006 site inspection. See Reports attached which are true and correct based on my on site inspections.

7. For the Defendant's property, I evaluated each and every element independently to determine whether it was a barrier to access as defined by the ADA and ADAAG, what would be required to remove that barrier, and the cost of barrier removal. Because we are concerning ourselves here with full, safe and equal access under Title III of the ADA and not requiring the Defendant to engage in an undue burden, I have sought to find cost-effective methods to make the Property accessible.

8. Each of the cost estimates in my report are accurate given the information gathered during my site inspection. As such, it is my opinion that all of the barriers to access which were cited can be removed without much difficulty or expense and would not pose an undue burden on the Defendant in the manner indicated in both survey reports.

Dated this 10-25-06 day of October, 2006.

By: Steven K Mason
Steven Mason

State of MD Prince Georges County

I, the undersigned Notary Public, in and for said County, in said State, hereby certify that Steve Mason, acknowledged before me on this day that he executed the above document voluntarily and that the facts contained therein are true to the best of his knowledge, information and belief.

Given under my hand this the 25th day of October, 2006.

[signature]
NOTARY PUBLIC Shwanda McEwan
My Commission Expires: June 1, 2007

*Curriculum Vitae*

# Steve Mason

*1216 State Highway 235*
*Harpursville NY 13787*

*awaywithbarriers@att.net*
*607.693.2999*

## Architect

- Registered Architect in the States of New York, New Hampshire, Vermont, Maine and Michigan, with NCARB reciprocity in most jurisdictions.

## Certification

- National Council of Architectural Registration Boards

## Affiliations

- American Institute of Architects
- Northeast Sustainable Energy Association
- Boston Architectural Center
- Preservation Association of the Southern Tier

## Professional Degree

- Boston Architectural Center School of Architecture — 1995 B. Arch.

## Representative Projects

TCHERNESHOFF CONSULTING, INC.
*1801 Gault Avenue North Suite 106*
*Fort Payne AL 35967*
*Accessibility Consultant, 2003 - 2006*

- 1223 SE 47th Terrace — Cape Coral FL
- 1323 Lafayette Street — Cape Coral FL
- 2002 Restaurant — Vero Beach FL
- 4712 Del Prado Boulevard — Cape Coral FL
- ABC Fine Wines Spirits — North Miami Beach FL
- Ackbar Palace Restaurant — Randallstown MD
- Acra Electric — Cape Coral FL
- Alero — Washington DC
- All Star Lanes Bowling — North Fort Myers FL
- American Cafe — Waldorf MD
- American Inn — Bethesda MD
- AMF Bradenton Bowling — Bradenton FL
- Applebee's — Bradenton FL
- Arby's Restaurant — North Fort Myers FL
- Arby's Restaurant — Rockville MD
- Arby's Restaurant — Salisbury MD
- Arby's Restaurant — Shillington PA
- Arby's Restaurant — Stillwater OK
- Atwood's — Enid OK
- Atwood's — Stillwater OK
- Auto Sound — Cape Coral FL
- Bank of America Building — Fort Myers, FL
- Basil's Chicken & Ribs — Bradenton FL
- Bayshore Center — Tampa FL
- Baywalk Plaza — St. Petersburg FL
- Beach House Restaurant — Bradenton Beach FL
- Beneva Market Place — Sarasota FL
- Beneva Plaza — Sarasota FL
- Bennigan's — Bradenton FL
- Bennigan's — Fort Myers FL
- Best Western — Fort Myers FL
- Best Western Raintree Motor Inn — Ada OK
- Big Screen Store — Rockville MD
- Birmingham Jefferson Civic Center - Birmingham AL
- Bistro 41 — Fort Myers FL
- Boats US — Fort Myers FL
- Bob Evans Restaurant Fort Myers FL
- Bob Evans Restaurant North Fort Myers FL
- Bojangles Famous Chicken — Reading PA
- Books A Million — Bradenton FL
- Boone Pickens Stadium — Stillwater OK
- Boston Market — Bradenton FL
- Boston Market — Fort Myers FL
- Buddha Bar and Grill — Fort Myers FL
- Budget Inn — Fort Myers FL
- Budget Inn — Sarasota FL
- Burger King — Naples FL
- Burger King — Ocean City MD
- Burger King — Pottstown PA
- Burger King — Reading PA
- Burger King — Washington DC
- Burlington Coat Factory — Silver Spring MD
- Campbell Brothers — Stillwater OK
- Cape Coral Barber Shop — Cape Coral FL
- Cape Crab and Steak House — Fort Myers FL
- Capri Center — Cape Coral FL
- Caribe Beach Resort — Sanibel, FL
- Carmike Cinema — Stillwater OK
- Carousel Resort Hotel — Ocean City MD
- Carrollwood Square — Tampa FL
- Casa Ybel Resort — Sanibel FL
- Checkers Restaurant — Bradenton FL
- Chevron — Melbourne FL
- Chili's — Jenson Beach FL
- Circle S Ranch House — Reading PA
- City of Gore Oklahoma — Gore OK
- Clock Restaurant — Naples FL

- Clock Restaurant — Fort Myers FL
- Clyde's of Chevy Chase — Chevy Chase MD
- Comfort Inn Motel — Reading PA
- Commonwealth Building — Washington DC
- Conoco - 1005 Owen K Garriott Rd — Enid OK
- Conoco - 4330 Owen K Garriott Rd — Enid OK
- Conoco - South Van Buren St — Enid OK
- Conoco - West Willow Road — Enid OK
- Coopersburg Diner — Coopersburg PA
- Corporate Quarters — North Fort Myers FL
- Cowboy Mall — Stillwater OK
- Coral Lanes Bowling Alley — Cape Coral FL
- Crazy Flamingo — Marco Island FL
- Crossroads Center — St. Petersburg FL
- Crown Plaza Hotel — Richmond VA
- Days Inn — Fort Myers Beach FL
- Days Inn — Bradenton FL
- Days Inn — Muscle Shoals AL
- Days Inn — Shillington PA
- Daytona Speedway — Daytona Beach, FL
- Dempsey's American Kitchen — Shillington PA
- Denny's — Bradenton FL
- Denny's — Clinton MD
- Denny's — Fort Myers FL
- Denny's — Fredericksburg VA
- Denny's — Wyomissing PA
- Diane's Pet Center — Reading PA
- Dockside Sports Bar and Pub — Fort Myers FL
- Duffy's Tavern — Ocean City FL
- EconoLodge — Bradenton FL
- Fager's Island — Ocean City MD
- Family Dollar Store — LaBelle FL
- Famous Dave's — Annapolis MD
- First National Bank — Vero Beach FL
- Franklin Mills — Philadelphia PA
- Free State Mall — Bowie MD
- Friendly's Family Restaurant — Wyomissing PA
- Fuddruckers — Annapolis MD
- Galeana Chrysler — Fort Myers FL
- Gallery Plaza — Englewood FL
- Gator Bait Tavern — Clewiston FL
- Gator Lanes — Fort Myers FL
- Git N' Gallup — Stillwater OK
- Golden Bull Grand Cafe — Gaithersburg MD
- Golden Corral — Punta Gorda FL
- Golden Pavillion Restaurant — Bowie MD
- Goodwill Industries — Bradenton FL
- Goodwill Industries — Sarasota FL
- Goodwill Industries — West Bradenton FL
- Grand Central Station — Fort Myers FL
- Grand Mart Shopping Center — Germantown MD
- Greenhills Mall — Nashville TN
- Hamburger Hamlet — Bethesda MD
- Hamburger Hamlet — Gaithersburg MD
- Harp's Grocery Store — Gore OK
- Higgins Crab House — Ocean City MD
- Highland Square — Inverness FL
- Hogbody's Wings & Ribs — Cape Coral FL
- Holiday Inn — Sanibel FL
- Holiday Inn — Sarasota FL
- Holiday Inn — Silver Spring MD
- Holiday Inn — Waldorf MD
- Holiday Inn Express — Quakertown PA
- Holiday Inn Select — Nashville TN
- Home Depot Plaza — Port Richie FL
- Hong Kong Buffet — Waldorf MD
- Hooters — Reading PA
- Houston's Restaurant — Bethesda MD
- Houston's Restaurant — Rockville MD
- Howard Johnson's — Bradenton FL
- Hustlers Pool Hall — Cape Coral FL
- Iggy's Family Restaurant — Reading PA
- Il Giardino Ristorante — Ellicott City MD
- Inn at Reading — Wyomissing PA
- Ireland's Four Provinces — Washington DC
- International House Pancakes — Temple Hills MD
- Islander Inn — Vero Beach FL
- Jacaranda Crossing — Venice FL
- Jalapena's Mexican Restaurant — Fort Myers FL
- Jasper's Restaurant — Crofton MD
- Jimmie Kramer's — Reading PA
- Joe's Deli — Cape Coral FL
- KFC — Fort Myers FL
- KFC — Naples FL
- KFC — Shillington PA
- KFC — Temple PA
- KFC — Vero Beach FL
- Kindness Animal Hospital — Wheaton MD
- Kutztown University — Kutztown PA
- LaCarretta Strip Mall — Miami FL
- La Fiesta Mexican Café — Enid OK
- Lee Boulevard Plaza — Lehigh Acres FL
- Lee County Parks — Lee County FL
- L'Enfant Plaza Hotel — Washington DC
- Lighthouse Crossings — St. Petersburg FL
- Long John Silver's — Fort Myers FL
- Magic Mile Shopping Center — Bradenton FL
- Maine Street Mini Mart — Enid OK
- Maine's Seafood — Fort Myers FL
- Manatee Obstetrics / Gynecology — Bradenton FL
- Manderbach Ford — Temple PA
- Maria Salvagio — Cape Coral FL
- Marlow Heights Shopping Center -Temple Hills MD
- Marriott Hotel — Albany NY
- Matthew's 1600 — Catonsville MD
- Marvelous Market — Washington DC

- Mazarro's Market — St. Petersburg FL
- McDonald's — College Parkway, Fort Myers FL
- McDonald's — North Cleveland Ave, Ft Myers FL
- McDonald's — North Fort Myers FL
- McDonald's — Palmetto FL
- McDonald's — St. Lawrence PA
- McDonald's Manatee Ave — Bradenton FL
- McDonald's Cortez Road — Bradenton FL
- Mel's Diner — Port Charolette FL
- Metro Medical Center — Fort Myers FL
- Mi Rancho — Germantown MD
- Mi Rancho — Silver Spring MD
- Mount Penn Family Restaurant — Reading PA
- Mr. Mee's Thai Restaurant v Fort Myers FL
- Naples Strikes & Spares — Naples FL
- New Market Plaza — Mechanicsville MD
- Nino's Italian Restaurant — Fort Myers FL
- Northwood Commons — Clearwater FL
- Oakwood Mall — Enid OK
- Ocean Center Civic Center — Daytona Beach FL
- Odeon Restaurant — Washington DC
- Old Village Shopping Center — Englewood FL
- O'Malley's Restaurant — Reading PA
- On The Border Mexican Café — Rockville MD
- Orange Blossom Plaza — Bradenton FL
- Oxford Valley Mall — Langhorne PA
- Palazzo del Lago — Lake Buena Vista FL
- Panera Bread — Vero Beach FL
- Paradise Tiki Hut — Cape Coral FL
- Park 66 — Pinellas Park FL
- Pep Boys — Laurel MD
- Pep Boys — Temple Hills MD
- Pepe's Restaurant — Baltimore MD
- Periwinkle Place — Sanibel FL
- Phillips Flagship Restaurant — Washington DC
- Pick and Run Store — Port Charlotte FL
- Pizza Hut — Clinton MD
- Pizza Hut — Easton MD
- Pizza Hut — Fort Myers Beach FL
- Plaza del Prado — Cape Coral FL
- Ponderosa Steak House — Fort Myers FL
- Popeye's — LaBelle FL
- Port Labelle Inn — LaBelle FL
- Pott's Hot Dog and Grill — Fort Myers FL
- Prawnbroker's — Stuart FL
- Prime Outlet — Queenstown MD
- Princeton Sports — Baltimore MD
- Promenade Shopping Center West — Davie FL
- Pupello Investments — Tampa FL
- Quakertown Diner — Quakertown PA
- Ramada Inn and Conference Center — Reading PA
- Reading Area Community College — Reading PA
- Reading Mall — Reading PA

- Red Hot & Blue — Waldorf MD
- Red Roof Inn — Washington DC
- Regatta Point Marina — Bradenton FL
- Rip's Waldorf Restaurant — Waldorf MD
- Riveredge Restaurant — Reading PA
- Riverside Cafe — Bradenton FL
- Romain's Table — Washington DC
- Rosewood Hills — Stillwater OK
- Rossi's Pizza — Quakertown PA
- Royal Palm Plaza — Stuart, FL
- Rutland Plaza — St. Petersburg FL
- Sally's Deli — Reading PA
- Sam-Mar's — Reading PA
- Sam's Club — Landover MD
- Save-A-Lot — LaBelle FL
- Santino's Family Restaurant — Wyomissing PA
- Senior Citizens Building — Gore OK
- Schell's Dairy Swirl — Temple PA
- Schell's Hot Dogs & Barbeque — Temple PA
- Sheraton Hotel — Wyomissing PA
- Sonny's Barbeque — Clewiston FL
- South Pasadena Shopping Ctr — S Pasadena FL
- Spezie — Washington DC
- State Fair Park — Oklahoma City OK
- Stopper's Steak & Ale — Birdsboro PA
- Strode Funeral Home — Stillwater OK
- Sunstate Commerce Center — Punta Gorda FL
- Super 8 Motel — Fort Myers FL
- SuperFresh Supermarket — Ocean City MD
- Stuffa Bagel — Cape Coral FL
- Shady Maple Farm Market — East Earl PA
- Sharky's — Bradenton, FL
- Shillington Plaza — Shillington PA
- Sizzler Steak House — Bradenton, FL
- Spring Plaza — Bonita Springs, FL
- Sheraton Buck's County Hotel — Langhorne PA
- Snider's Market — Silver Spring MD
- Sonny's BBQ — Fort Myers FL
- Southern Starz Gym — Cape Coral FL
- Star Super Market — Cape Coral FL
- Steak & Ale — Lutherville MD
- Stevie Tomato's Sports Page — Naples FL
- Stuart Professional Center— Stuart FL
- Stuart Square — Stuart FL
- Subway Restaurant — Fort Myers FL
- Subway Restaurant — Bonifay FL
- Super 8 Motel — North Bradenton FL
- Taco Bell — Bradenton FL
- Taco Bell — North Fort Myers FL
- Taco Bell — Waldorf MD
- Taco Mayo — Stillwater OK
- TGI Fridays — Orlando FL
- TGI Fridays — Rockville MD

- The Candlelight Inn — Catonsville MD
- The Crab Barn — Reading PA
- The Skate Zone — Crofton MD
- The's Waterfront Café — Naples FL
- Thirsty's Restaurant — Cape Coral FL
- Timberlake's Restaurant — Washington DC
- T.K. Davis Justice Center — Opelika AL
- Topolino — Temple Hills MD
- Topolino, An Italian Bistro — Waldorf MD
- Tower Restaurant — Lake Placid FL
- Travel Inn — Fort Myers FL
- Tringalli Park — Englewood FL
- True Value Hardware — Englewood FL
- U-Save — LaBelle FL
- University Plaza — Tampa FL
- Veranda Restaurant — Fort Myers FL
- Vero Beach Inn — Vero Beach FL
- VF Outlet Village — Reading PA
- Village Shops Strip Mall — Quakertown PA
- Vista Meadows Clubhouse — Vero Beach FL
- VZD's Restaurant — Oklahoma City OK
- Waffle House — Fort Myers FL
- Wally's Waterfront Restaurant — Fort Myers FL
- Wal-Mart — Stillwater OK
- Wal-Mart — Wyomissing PA
- Washingtonian Center — Gaithersburg MD
- Wegman's Restaurant — Reading PA
- Westfield Shoppingtown — Annapolis MD
- West Lawn Printing — Reading PA
- White Flint Mall — North Bethesda MD
- Wicklow Professional Center — Stillwater OK
- Wings & Ribs — Fort Myers FL
- Woodside Lanes — Naples FL
- Woody's Bar-B-Que — Fort Myers, FL

## REALMS ARCHITECTURAL

*1216 State Highway 235*
*Harpursville NY 13787*
*Principal, 2000 - 2006*

- First Church of the Nazarene — Westmoreland NY
- First Baptist Church of Afton —Afton NY
- St Mary's Orthodox Church — Endicott NY
- The Buyer's Agent — Ann Arbor MI
- Gruber Residence — Great Neck NY
- BelleWeather Farm — Coventry NY

## CORNELL UNIVERSITY

*Project Planning and Estimating*
*Planning, Design and Construction*
*Division of Facilities and Campus Services*
*Humphreys Service Building Ithaca NY 14853-3701*
*Architect, 1999*

- Olin Hall Improvements— Ithaca NY
- Schoellkopf Stadium West Stands — Ithaca NY
- Lynah Ice Rink — Ithaca NY
- Environmental Health and Safety — Ithaca NY
- Humphreys Service Building — Ithaca NY
- Boyce Thompson Institute — Ithaca NY
- Willard Straight Hall — Ithaca NY

## FARRAND & ASSOCIATES, INC. ARCHITECTS

*3400 Travis Pointe Road, Suite F, Ann Arbor MI*
*Architect, 1997-1999*

*At the Detroit Metropolitan Wayne County International Airport MI, principal client Northwest Airlines, the following projects:*

- Runway 3C Aircraft Deicing Facility
- Runway 3L Aircraft Deicing Facility
- New 2-Bay DC-10 Line Maintenance Hangar
- Northwest Airlines Control Center Renovations
- Lower Level Davey Terminal Renovations
- International Terminal Modifications
- Carousel for Building 514 — Mail Sortation Facility
- LMO Managing Directors Office — ITC Building
- Detroit Flight Kitchen Building 505 Dishroom
- FIDS Installation —Davey Terminal
- Preferred Accounts Facility NWA — Davey Terminal
- Administrative Office Relocation — F Concourse
- Security Entrance
- Crossover Bridge FIDS
- F WorldClub Reconfiguration — Unaccompanied Minors Room, WorldKids Club
- Signature Flight Support — Interior renovations
- Southwest Airlines Holdroom
- Alterations to Holdroom Lighting and Finishes, Concourse B Rotunda and Hammerhead — Delta Airlines
- Curbside/Skycap Improvements — J.M. Davey Terminal
- Additional Plant Maintenance Shop for Glycol Truck Servicing
- VIP Counter Modifications — Air Cargo Facilities Building 536
- Modifications to Concourse B — Continental Airlines
- Raytheon CTX 5000SP Scanner Installation — Explosives Detection — International Ticket Counter Facility
- Security Enhancements
- HUB Renovations — Holding Rooms, Concourses C, D, E, F & G
- LMO Ready Room Concourse D — Renovations and addition
- Building 505 Fencing
- Marriott Hotel Lobby — Airport Security Area

- Delta Airlines Ticket Counter Renovation
- "Center Ice" — Host Marriott Restaurant

*Other projects with Farrand & Associates include:*

- Dow Chicago — Chicago IL
- Jackson Dental — St. Claire MI
- Baseview Products — Ann Arbor MI
- DKNY -DonnaKaran Company Store -Birch Run MI
- DKNY -DonnaKaran Company Store — Auburn Hills MI
- Pointe Plaza II — Ann Arbor MI
- Water Street Inn Harborside Addition — Boyne City MI
- Midwest Consulting Inc. — Ann Arbor MI
- Steeb Dodge Chrysler Plymouth — Saline MI
- AF Smith Tenant Space — Saline MI
- WorldClub — Northwest Airlines — Indianapolis International Airport — Indianapolis IN
- Sharp Park Golf Course — Jackson MI
- Royal Gulf Hills Golf Course — Ocean Springs MS
- Pierce Lake Golf Course — Chelsea MI
- Country Kennel — Addition — Milan MI
- Conlin Residence — Ann Arbor MI
- Carlson Residence — Ann Arbor MI
- Simmons Residence — Ann Arbor MI
- Huck Residence — Addison Township MI
- Koepp Residence — Knoxville TN
- St. Michael Lutheran Church and School - Wayne, MI

## Bearsch Compeau Knudson, PC

*41 Chenango Street, Binghamton NY 13901-1956*
*Intern Architect, Project Design Coordinator, 1996*

- Chenango Forks C S D — Chenango Forks NY
- DeRuyter Central School District — DeRuyter NY
- Hancock Central School District — Hancock NY
- Trumansburg CSD — Trumansburg NY
- Windsor Central School District — Windsor NY
- Newark Valley C S D — Newark Valley NY
- Berkley Putnam Publishing Grp — Kirkwood NY
- Union Endicott C.S.D. — Endicott NY
- Lansing Central School District — Lansing NY

## BHM International

*2 Park Plaza, Suite 700, Boston MA 02116*
*Architectural designer, 1996*

- 100 Bed Hospital and Outpatient Clinic — Hargeisa, Somaliland

## Christopher Hall Architect

*6 Tewksbury Street, Lexington MA 02173*
*Intern Architect, 1996*

- Eight Residences — Lexington MA

## Ivan Bereznicki Associates

*9 Wendell Street, Cambridge MA 02138*
*Intern Architect, 1995*

- Eleven Residences — Various Locations

## George Horowitz Associates

*244 Valentine Street, West Newton MA 02165*
*Intern Architect, structural plans and detailing, 1993-1997*

- AutoFair Chrysler Plymouth — Manchester NH
- First Federal Savings Bank of America — Swansea MA
- University of New Hampshire Ocean Engineering Building — Durham NH
- St. Joseph School of Nursing — Nashua NH
- New Durham Elementary School — Durham NH
- Profile Junior Senior High School — Bethlehem NH
- Manchester Municipal Employees Credit Union Bank — Manchester NH

## Chisholm Washington Architects

*130 Bishop Allen Drive, Cambridge MA 02138*
*Intern Architect, 1994-1995*

- Central Artery Project — Boston MA

## Katherine McGuinness and Associates

*267 Moody Street, Waltham, MA 02154*
*Preparation of accessibility studies and guidelines, 1993-1994*

- John Hancock Tower ADA Compliance Plan — Boston MA
- Lahey Clinic ADA Action Plan — Boston MA
- Brandeis University ADA Compliance Plan — Waltham MA
- Wellesley College ADA Compliance Plan — Wellesley MA
- Massachusetts Port Authority Accessibility Audit — Boston MA
- Greater Boston Rehabilitation Services — Cambridge MA

LANE, FRENCHMAN AND ASSOCIATES
*38 Chauncy Street, Boston MA 02111*
*Preparation of master plans, 1990-1992*

- Woods Hole Oceanographic Institution Master Plan, Woods Hole MA
- Salem Maritime National Historic Site - Salem MA
- Jacob Riis Park Design Program — Queens. NY
- Great Kills Park Visitor Center — Staten Island NY
- Plan for the Lackawanna Heritage Valley — Scranton PA
- Lackawanna Heritage Valley Visitor Center and Trolley Museum — Scranton PA
- Allegheny Ridge Industrial Heritage Corridor Plan — Johnstown to Altoona PA
- Vision 2000 / A Plan for Downtown — Rochester NY
- Wheeling National Heritage Area — Wheeling WV
- West Suburban YMCA Development Plan — Newton MA
- Mon Valley Steel Heritage Conservation Project — Monongahela River Valley PA
- Gateway National Recreation Area Permits and Code Analysis — NY
- Civic Improvements Plan — Johnstown PA
- Johnstown Heritage Development Plan — Johnstown PA
- Cambria City/Minersville Guidelines for Preservation and Discovery — Johnstown PA
- Cambria Iron and Steel National Historical Park Concept Plan — Johnstown PA
- Canal Basin Park Plan — Holidaysburg PA