| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| | This is a second inspection of this property, to verify the degree to which barriers to access have been removed, and references recommendations given in a previous report dated March 9, 2006. | | | | |
| **Parking** | 8 parking spaces are provided at the rear of the building, none of which are accessible. | ADAAG 4.1.2(5)(a), 4.6, figures 9 and A5 | 52, 53 | Conditions have not changed since the first inspection. See recommendations below. | see below |
| | Parking space #2, where "Dorothy" is shown on the mural, has a running slope of 1% and a cross slope of 0.4%. | ADAAG 4.1.2(5)(a), 4.6, figures 9 and A5 | 52 | Conditions have not changed since the first inspection. See recommendations below. | see below |
| | Parking space #3, where the silver car is shown in the photograph, has a running slope ranging from 2.4% at the top, 3.1% in the middle and 2.1% at the bottom. | ADAAG 4.1.2(5)(a), 4.6, figures 9 and A5 | 52 | The recommendation from the first inspection stands: Provide a van parking space in space #4 and a van access aisle in space #3, compliant with ADAAG 4.6. | $679 - $762 |
| **Auxiliary Parking Lot** | This parking lot is remote from the entrance to the restaurant, down a side street and across an alley. | ADAAG 4.1.2(5)(a), 4.6, figures 9 and A5 | 78 to 93 | This area is not on the shortest accessible route to the entrance. Provide accessible parking as noted above. | see above |
| | There is pavement striped where the white Saab is shown in photos 80, 81 and 85. There is no sign designating this as accessible parking. | ADAAG 4.6.4 | 80, 81, 85 | This area is not on the shortest accessible route to the entrance. Provide accessible parking as noted above. | see above |

**ADA Survey**  
**August 22, 2006**

Case 1:05-cv-01745-CKK    Document 26-5    Filed 11/13/2006    Page 2 of 13

**American City Diner**  
5532 Connecticut Avenue NW, Washington, DC 20015

**Prepared by Steve Mason**  
**Tcherneshoff Consulting, Inc.**

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| | There is a sign stating "60 minute parking" for shops in the neighborhood, including American City Diner. There are no parking spaces designated as accessible. | ADAAG 4.1.2(5)(a), 4.6, figures 9 and A5 | 87 | This area is not on the shortest accessible route to the entrance. Provide accessible parking as noted above. | see above |
| | At the north end of the alley parking, there are 2 spaces designated as "accessible," with the following characteristics: | ADAAG 4.1.2(5)(a), 4.6, figures 9 and A5 | 89 to 92 | This area is not on the shortest accessible route to the entrance. Provide accessible parking as noted above. | see above |
| | There is no access aisle provided. | ADAAG 4.6.2, figures 9 and A5 | | This area is not on the shortest accessible route to the entrance. Provide accessible parking as noted above. | see above |
| | The left-hand (southernmost) space has a cross slope ranging from 9.3% at the top, to 9.7% in the middle and 10.1% at the bottom. | ADAAG 4.6.3 | 91 | These slopes are too steep. It is not technically feasible to reduce them. | see above |
| | The right-hand space has a cross slope ranging from 7.9% at the top, to 4.5% in the middle and 5.8% at the bottom. | ADAAG 4.6.3 | 92 | These slopes are too steep. It is not technically feasible to reduce them. | see above |
| | The path from these "accessible" spaces to the entrance of the restaurant leads down McKinley Street and then turns right onto Connecticut, more than a full block. | ADAAG 4.6.2 | 93 to 101 | This area is not on the shortest accessible route to the entrance. Provide accessible parking as noted above. | see above |

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| **Sidewalk** | The sidewalk running up along the border of Arucola, the restaurant adjacent to this diner, has a running slope ranging from 4.4% at the bottom, 10.8% in the middle and 11.35 at the top. | ADAAG 4.8.5, 4.8.7, figures 16 and 17 | 56 | Conditions have not changed since the first inspection. Management informs us that this sidewalk is not under the control of this restaurant.<br><br>The recommendation from the first inspection stands, subject to verification of the issue noted above: This concrete area is technically a ramp in the areas where the slope is greater than 5%. Provide 2 handrails, compliant with ADAAG 4.8.5, leading up from the sidewalk to the landing at the bottom of the entrance ramp to the diner. Ensure that there is at least 36 inches of clearance between the handrails. | $31 - $55 per lineal foot per side |
| | The slope of the sidewalk from Arucola down to where it meets the bottom of the diner's entrance ramp is 4.4%. Cross slope at the side door to Arucola is 8.4%. | ADAAG 4.3.7 | 57 | Conditions have not changed since the first inspection. Management informs us that this sidewalk is not under the control of this restaurant.<br><br>The recommendation from the first inspection stands, subject to verification of the issue noted above: Reconfigure the general slope of the pavement in this area to be the least slope possible. Avoid compound slopes. | $8 - $10 per square foot |
| **Entrance Ramp** | There had been a change in level between the pavement and the bottom of the diner's entrance ramp of between 1 1/4 inches and 1 3/4 inches. This has been repaired. | ADAAG 4.5.2, figure 7 | 57, 58 | This area is now compliant. | $0 - $0 |

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| | The ramp now has handrails on both sides. | ADAAG 4.8.5, 4.8.7, figures 16 and 17 | 58, 59, 60 | In my opinion, there is no significant barrier to access regarding the handrails. | $0 - $0 |
| | Entrance ramp has a slope ranging from 9.8% at the bottom, to 11.5% in the middle and 8.2% at the top. | ADAAG 4.3.8, 4.8, 4.1.6(3)(a) | 57, 58 | As noted in the first report, in my opinion this ramp is already at its least possible slope, given the constraints of site topography. The ramp does exceed the maximum allowable slope for new construction, but no change is recommended. | $0 - $0 |
| **Entrance** | Landing at the entry door has a slope of 2.9%. | ADAAG 4.13.6, figure 25(a) | 60 | See recommendations below. | see below |
| | There is 11 1/2 inches of clear floor space at the pull side of the entrance door. There is 17 1/2 inches of space at the hinge side of the door. The door is 36 inches wide. The landing is 65 inches wide and 52 inches deep. | ADAAG 4.13.6, figure 25(a) | 60 | There is still insufficient clear floor space at the pull side of the door. See alternate recommendations below. | see below |

ADAAG Survey  
August 22, 2006

Case 1:05-cv-01745-CKK    Document 26-5    Filed 11/13/2006    Page 5 of 13

American City Diner  
5532 Connecticut Avenue NW, Washington, DC 20015

Prepared by Steve Mason  
Tcherneshoff Consulting, Inc.

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| | A door bell control button has been provided since the first inspection, along with a sign bearing the International Symbol of Accessibility and the word "accessible." | ADAAG 4.13.6, 4.13.12, figure 25(a) | 60 | In my opinion the door bell does not provide equivalent facilitation. The control button is on the wall at the landing. If a wheelchair user were to stop on the landing to ring the bell, there is insufficient clear floor space on the landing for both the wheelchair and the sweep of the door. Thus, the patron using the wheelchair would be required to maneuver backwards down the ramp in order to make room for the door to open. In my opinion this would be unsafe. A wheelchair requires a minimum level area that is 30 inches wide and 48 inches long. The minimum level area for a wheelchair to turn around at the landing would be a 60 inch diameter circle. See alternate recommendations below. | n/a |
| | | ADAAG 4.13.6, 4.13.12, figure 25(a) | 60 | **Alternate 1 -** Install an automatic power door opener at the outer entry door, since it is technically feasible to do so. Provide the push-button control within reach range of a person seated at the (level) landing at the bottom of the ramp, and adjust the mechanism so as to allow time for a wheelchair user to ascend the ramp and pass through the door. | $2,170 - $3,200 |

**ADA Survey**  
**August 22, 2006**

Case 1:05-cv-01745-CKK    Document 26-5    Filed 11/13/2006    Page 6 of 13

**American City Diner**  
5532 Connecticut Avenue NW, Washington, DC 20015

**Prepared by Steve Mason**  
**Tcherneshoff Consulting, Inc.**

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| **Vestibule** | Entry vestibule is 57 inches deep, facing the inner vestibule door, measured to the trim and 61 inches deep measured to the face of the door. Vestibule is 84 inches wide, measured in the direction parallel to the direction of the ramp. | ADAAG 4.13.6, figure 25(a) | 60 | **Alternate 2 -** If local building official will allow, reverse the outer entrance door to swing into the vestibule, keeping the hinges on the same side. This would afford between 17 inches measured to the trim and 19 inches measured to the wall, of clear floor space at the pull side of the door. Remove and relocate newspaper rack as required. | $500 - $700 |
| | Inner vestibule door requires 5 pounds of push force to open. | ADAAG 4.13.11(2)(b) | 61, 62, 63 | This is now compliant. | $0 - $0 |
| | Inner vestibule door is hinged on the left side when viewed from within the vestibule. | ADAAG 4.13.6, figure 25(a) | 62 | This information is given for reference. See recommendation above. | n/a |
| | There is a separate dining room in the rear, down 5 steps. It has the same menu, décor and ambience as the rest of the diner. There are 3 tables and 5 booths in the lowered area. | ADAAG 5.4 | 66 | As noted in the first report, since same services and décor are offered throughout this restaurant, wheelchair access to the sunken area is not required; all accessible seating may be located in the main dining area. | $0 - $0 |
| **Rear Dining Room** | The round table at the rear dining room measures 18 inches from the edge to the center post. | ADAAG 4.1.3(18), 4.32, 5.1, figure 45 | 66 | In my opinion, this slight deviation from the standard for new construction does not pose a barrier to access in this instance. | $0 - $0 |

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| **Main Dining Room** | The booth nearest the toilet rooms has the following dimensions: the dining surface is 28 inches AFF, measured to the bottom. The distance between the seat cushions is now 30 inches. The diagonal brace, at 19 inches in from the edge is 23 inches AFF. The distance from the end edge of the table to the support is 13 inches. | ADAAG 4.1.3(18), 4.32, 5.1, figure 45 | 67 | There is still less than the minimum allowable knee clearance beneath the tables at the booths. In my opinion the recommendations below still stand. | see below |
| | Generally, there are 12 booths and a counter with 18 stools in the main dining area. The booths in the main dining area have dining surface 28 inches AFF, measured to the bottom. The distance between the seats varies between 26 inches and 27 inches. There is a support post beneath the dining surface that becomes an obstruction for wheelchair users at 10 inches in from the edge. | ADAAG 4.1.3(18), 4.32, 5.1, figure 45 | 67 | Provide 2 accessible tables (5% of restaurant total) that meet the requirements of ADAAG 4.32, including table top height between 28 inches and 34 inches AFF and knee clearance at least 27 inches high, 30 inches wide and 19 inches deep to the nearest obstruction. See alternates below. | see below |
| | | ADAAG 4.1.3(18), 4.32, 5.1, figure 45 | 67 | **Alternate 1 -** At the booth nearest to the toilet rooms, maintain a clear distance of at least 30 inches between the seats. Reconfigure the metal support beneath the dining surface to provide a single leg that is at least 19 inches in from the edge of the table. In addition, provide 1 other accessible booth as noted below. | $350 - $500 |

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| | | ADAAG 4.1.3(18), 4.32, 5.1, figure 45 | n/a | **Alternate 2 -** At the booth nearest to the toilet rooms and at 1 additional booth, replace one of the seats by 2 chairs. One of the chairs can be removed when required to accommodate a patron who uses a wheelchair, to provide a minimum clearance of 30 inches side to side, with the wheelchair positioned at the end of the dining surface. In addition, as noted above, reconfigure the metal support beneath the dining surface to provide a single leg that is at least 19 inches in from the edge of the table. | $350 - $500 |
| | | ADAAG 4.1.3(18), 4.32, 5.1, figure 45 | n/a | **Alternate 3 -** Designate 2 booths as accessible and do the following. Replace one or both of the seat cushions with a narrower one, so as to provide a clear distance of at least 30 inches between the seats. Reconfigure the metal support beneath the dining surface to provide a single leg that is at least 19 inches in from the edge of the table. | $550 - $650 |
| | | n/a | n/a | Establish a policy to ensure that restaurant staff know the locations of the accessible tables, and that they offer them to patrons who use wheelchairs. | $0 - $0 |
| **Counter** | Lunch counter is 35 1/2 inches AFF. There is no knee clearance beneath it for a wheelchair user. | ADAAG 5.4 | n/a | In my opinion, since the same service is offered at nearby tables, the lunch counter is not required to be accessible and no changes are required. | $0 - $0 |

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| **Women's Toilet Room** | A compliant sign is now provided. | ADAAG 4.1.2(7), 4.30, figures S1-TCI and S2-TCI | 68 | Changes have been completed for this item. | $0 - $0 |
| | The privacy lock at the toilet room door requires pinching and twisting of the wrist to operate. | ADAAG 4.13.9 | 71 | Replace the privacy locking mechanism with one that does not require pinching or twisting of the wrist to operate, for example, lever hardware similar to the present hardware, but with an integral push button lock, rather than the present pinch and twist type. | $50 - $75 |
| | Door requires 12 pounds of push force to open. | ADAAG 4.13.11(2)(b) | 68 | Adjust the closer at the toilet room door to require no more than 5 pounds of push or pull force to open. Ensure that the closer has a "delayed-action" feature, properly adjusted. | $29 - $305 |
| | Compliant grab bars are now provided at the water closet. | ADAAG 4.16.4, 4.26, figure 29 | 69 | No changes are required. | $0 - $0 |
| | The water closet now has an automatic flush valve. | ADAAG 4.16.5 | 69 | The flush valve is compliant. | $0 - $0 |
| | The water closet is mounted with its centerline 17 1/2 inches from the left-hand side wall. | ADAAG 4.16.2, figure 28 | 69 | In my opinion, this slight deviation from the new construction standard does not pose a barrier to access. | $0 - $0 |

**ADA Survey**  
**August 22, 2006**

Case 1:05-cv-01745-CKK   Document 26-5   Filed 11/13/2006   Page 10 of 13

**American City Diner**  
5532 Connecticut Avenue NW, Washington, DC 20015

**Prepared by Steve Mason**  
**Tcherneshoff Consulting, Inc.**

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| | The location of toilet paper dispenser provides only 3 inches of clear space above the side grab bar and is 40 inches from the rear wall. | ADAAG figure 39(d), ADA/ABA Accessibility Guidelines Proposed Rule 604.7, figure 604.7(b) | 69 | **Alternate 1 -** Relocate toilet paper dispenser above the side grab bar, allowing a minimum of 12 inches of clearance above the grab bar. The centerline of the dispenser must be between 7 and 9 inches in front of the water closet. The outlet of the dispenser must be from 15 to 48 inches AFF. | $50 - $75 |
| | The location of toilet paper dispenser provides only 3 inches of clear space above the side grab bar and is 40 inches from the rear wall. | ADA/ABA Accessibility Guidelines Proposed Rule 604.7, figure 604.7(a) | 69 | **Alternate 2 -** Relocate the toilet paper dispenser below the side grab bar, allowing a minimum of 1 1/2 inches of clearance below the grab bar. The centerline of the dispenser must be between 7 and 9 inches in front of the water closet. The outlet of the dispenser must be from 15 to 48 inches AFF. | $50 - $75 |
| | The location of toilet paper dispenser provides only 3 inches of clear space above the side grab bar and is 40 inches from the rear wall. | ADAAG 4.16.6, figure 29(b) | 69 | **Alternate 3 -** Relocate the toilet paper dispenser below the side grab bar so that it is no more than 36 inches from the rear wall and no less than 19 inches AFF. | $50 - $75 |
| | The lavatory hardware still requires grasping and twisting of the wrist to operate. | ADAAG 4.19.5 | 70 | Provide new lever-type hardware that can be operated without tight grasping, pinching or twisting of the wrist. | $200 - $419 |
| | The lavatory is mounted with its top surface at 34 1/4 inches AFF, the bottom of the apron at 31 1/4 inches AFF and the bottom of the bowl at 28 inches AFF. | ADAAG 4.19.2, 4.19.3, figures 31 and 32 | 70 | These dimensions are compliant. | $0 - $0 |

ADA Survey  
August 22, 2006

Case 1:05-cv-01745-CKK    Document 26-5    Filed 11/13/2006    Page 11 of 13

American City Diner  
5532 Connecticut Avenue NW, Washington, DC 20015

Prepared by Steve Mason  
Tcherneshoff Consulting, Inc.

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| | Hot water pipes at lavatory are now insulated. | ADAAG 4.19.4 | 70 | This is now compliant. | $0 - $0 |
| | The mirror is mounted with its lowest reflecting edge at 40 inches AFF. | ADAAG 4.19.6 | 70 | The mirror is now compliant. | $0 - $0 |
| **Men's Toilet Room** | A compliant sign is now provided. | ADAAG 4.1.2(7), 4.30, figures S1-TCI and S2-TCI | 73 | Changes have been completed for this item. | $0 - $0 |
| | New lever-type hardware has been provided at the toilet room door. | ADAAG 4.13.9 | 71 | The lever portion of the door hardware is compliant. See below. | $0 - $0 |
| | The privacy lock at the toilet room door requires pinching and twisting of the wrist to operate. | ADAAG 4.13.9 | 71 | Replace the privacy locking mechanism with one that does not require pinching or twisting of the wrist to operate, for example, lever hardware similar to the present hardware, but with an integral push button lock, rather than the present pinch and twist type. | $50 - $75 |
| | The door requires 18 pounds of push force to open. | ADAAG 4.13.11(2)(b) | 76 | Adjust the closer at the toilet room door to require no more than 5 pounds of push or pull force to open. Ensure that the closer has a "delayed-action" feature, properly adjusted. | $29 - $305 |
| | Water closet is mounted with its centerline 19 inches from the left-hand side wall. | ADAAG 4.16.2, figure 28, 28 CFR Part 36 36.305(a) "Alternatives to barrier removal" | 74 | The side grab bar has been built out, and is now compliant. | $0 - $0 |

**ADA Survey**  
**August 22, 2006**

Case 1:05-cv-01745-CKK    Document 26-5    Filed 11/13/2006    Page 12 of 13

**American City Diner**  
5532 Connecticut Avenue NW, Washington, DC 20015

**Prepared by Steve Mason**  
**Tcherneshoff Consulting, Inc.**

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| | New grab bars have been provided. | ADAAG 4.16.4, 4.26, figure 29 | 74 | Grab bars are now compliant. | $0 - $0 |
| | An automatic flush valve has been installed at the water closet. | ADAAG 4.16.5 | 74 | The flush valve is now compliant. | $0 - $0 |
| | The toilet paper is mounted 43 inches from the rear wall and 12 inches from the front of the water closet. | ADAAG figure 39(d), ADA/ABA Accessibility Guidelines Proposed Rule 604.7, figure 604.7(b) | 74 | **Alternate 1 -** Relocate toilet paper dispenser above the side grab bar, allowing a minimum of 12 inches of clearance above the grab bar. The centerline of the dispenser must be between 7 and 9 inches in front of the water closet. The outlet of the dispenser must be from 15 to 48 inches AFF. | $50 - $75 |
| | | ADA/ABA Accessibility Guidelines Proposed Rule 604.7, figure 604.7(a) | 74 | **Alternate 2 -** Relocate the toilet paper dispenser below the side grab bar, allowing a minimum of 1 1/2 inches of clearance below the grab bar. The centerline of the dispenser must be between 7 and 9 inches in front of the water closet. The outlet of the dispenser must be from 15 to 48 inches AFF. | $50 - $75 |
| | | ADAAG 4.16.6, figure 29(b) | 74 | **Alternate 3 -** Relocate the toilet paper dispenser below the side grab bar so that it is no more than 36 inches from the rear wall and no less than 19 inches AFF. | $50 - $75 |
| | 1 accessible urinal is provided. | ADAAG 4.18.2, 4.18.4 | 75 | Urinal is compliant. | $0 - $0 |
| | Lavatory hardware is now compliant. | ADAAG 4.19.5 | 75 | No changes are required. | $0 - $0 |

**ADA Survey**  
**August 22, 2006**

Case 1:05-cv-01745-CKK    Document 26-5    Filed 11/13/2006    Page 13 of 13

**American City Diner**  
5532 Connecticut Avenue NW, Washington, DC 20015

**Prepared by Steve Mason**  
**Tcherneshoff Consulting, Inc.**

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| | A new lavatory has been provided. | ADAAG 4.19, figures 31 and 32 | 75 | The new lavatory mounting heights and knee clearance are compliant. | $0 - $0 |
| | The mirror has been lowered. | ADAAG 4.19.6 | 75 | The mirror is now compliant. | $0 - $0 |
| **Movies** | Signs outside the diner advertise "Cinema Café" and "Movies Nightly." It is not known at the time of our inspection where the movies are presented. | ADAAG 4.13.6, 4.13.12, figure 25(a) | | ***Option 1 - If movies are presented in the rear dining room,*** then provide an automatic power door opener at the rear entrance door shown in photograph 54 to provide access to that room. | $2,170 - $3,200 |
| | | ADAAG 4.13.6, 4.13.12, figure 25(a) | | ***Option 2 - If movies are currently presented in the front dining room,*** and if it is technically and programmatically feasible to do so, relocate the movie presentations to the rear dining room and provide an automatic power door opener at the rear entrance door shown in photographs 54. In my opinion it is not technically feasible to provide wheelchair access to the front dining room. | $2,170 - $3,200 |

The generalized preliminary budget cost estimates included here are based, in part, upon similar barrier removal projects, information provided by manufacturers and distributors of different products, contractors working in the construction trades and upon data found in the various publications of RS Means/Reed Construction Data, including their "ADA Compliance Pricing Guide 2004" and their "Building Construction Cost Data 64th Annual Edition 2006." It is important to note that these estimates are made for ADA barrier removal only and do not take into account such things as special finishes and day to day variations in the cost of goods and services. The estimated costs are intended as a guide and are not intended to be absolutely comprehensive. Other materials and methods of construction may be employed besides those used for these estimates.