ADA Survey
March 9, 2006

Case 1:05-cv-01745-CKK    Document 26-6    Filed 11/13/2006    Page 1 of 11

American Cafe Diner
5532 Connecticut Avenue NW, Washington, DC 20015

Prepared by Steve Mason
Tcherneshoff Consulting, Inc.

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| **Parking** | 8 parking spaces are provided at the rear of the building, none of which are accessible. | ADAAG 4.1.2(5)(a), 4.6, figures 9 and A5 | 2, 3, 4, 5, 6 | See recommendations below. | see below |
| | Parking space #2, where "Dorothy" is shown on the mural, has a running slope of 1% and a cross slope of 0.4%. | ADAAG 4.1.2(5)(a), 4.6, figures 9 and A5 | 3, 4, 6 | See recommendations below. | see below |
| | Parking space #3, where the silver car is shown in the photograph, has a running slope ranging from 2.4% at the top, 3.1% in the middle and 2.1% at the bottom. | ADAAG 4.1.2(5)(a), 4.6, figures 9 and A5 | 3, 4, 6 | Provide a van parking space in space #4 and a van access aisle in space #3, compliant with ADAAG 4.6. | $679 - $762 |
| **Sidewalk** | The sidewalk running up along the border of Arucola, the restaurant adjacent to this diner, has a running slope ranging from 4.4% at the bottom, 10.8% in the middle and 11.35 at the top. | ADAAG 4.8.5, 4.8.7, figures 16 and 17 | 8, 9, 10 | This concrete area is technically a ramp in the areas where the slope is greater than 5%. Provide 2 handrails, compliant with ADAAG 4.8.5, leading up from the sidewalk to the landing at the bottom of the entrance ramp to the diner. Ensure that there is at least 36 inches of clearance between the handrails. | $31 - $55 per lineal foot per side |
| | The slope of the sidewalk from Arucola down to where it meets the bottom of the diner's entrance ramp is 4.4%. Cross slope at the side door to Arucola is 8.4%. | ADAAG 4.3.7 | 10 | Reconfigure the general slope of the pavement in this area to be the least slope possible. Avoid compound slopes. | $8 - $10 per square foot |

ADA Survey
March 9, 2006

Case 1:05-cv-01745-CKK   Document 26-8   Filed 11/13/2006   Page 2 of 11   Prepared by Steve Mason
American City Diner                        Tcherneshoff Consulting, Inc.
5532 Connecticut Avenue NW, Washington, DC 20015

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| **Entrance Ramp** | There is a change in level between the pavement and the bottom of the diner's entrance ramp of between 1 1/4 inches and 1 3/4 inches. | ADAAG 4.5.2, figure 7 | 11 | Reconfigure the transition between the bottom of the ramp and the adjoining pavement so that there is no change of level in the accessible route greater than 1/4 inch, and that the path of travel is smooth and continuous. | $90 - $140 |
| | The ramp has a handrail on only 1 side. | ADAAG 4.8.5, 4.8.7, figures 16 and 17 | 12 | Provide handrails on both sides of this ramp extending onto the upper and lower landings, compliant with ADAAG 4.8.5. | $31 - $55 per lineal foot per side |
| | Entrance ramp has a slope ranging from 9.8% at the bottom, to 11.5% in the middle and 8.2% at the top. | ADAAG 4.3.8, 4.8, 4.1.6(3)(a) | 12 | In my opinion this ramp is already at its least possible slope, given the constraints of site topography. The ramp does exceed the maximum allowable slope for new construction, but no change is recommended. | $0 - $0 |
| **Entrance** | Landing at the entry door has a slope of 2.9%. | ADAAG 4.13.6, figure 25(a) | 13 | See recommendations below. | see below |
| | The landing is 65 inches wide and 52 inches deep. | ADAAG 4.13.6, figure 25(a) | 13 | See recommendations below. | see below |
| | There is 11 1/2 inches of clear floor space at the pull side of the entrance door. | ADAAG 4.13.6, 4.13.12, figure 25(a) | 13 | Install an automatic power door opener at the outer entry door. | $2,170 - $3,200 |
| | There is 17 1/2 inches of space at the hinge side of the door. | ADAAG 4.13.6, figure 25(a) | 13 | This information is given for reference. See recommendation above. | n/a |

ADA Survey
March 9, 2006

American City Diner
Case 1:05-cv-01745-CKK    Document 26-6    Filed 11/13/2006    Page 3 of 11
5532 Connecticut Avenue NW, Washington, DC 20015

Prepared by Steve Mason
Tcherneshoff Consulting, Inc.

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| **Vestibule** | Entry vestibule is 57 inches deep, facing the inner vestibule door, measured to the trim and 61 inches deep measured to the face of the door. Vestibule is 84 inches wide, measured in the direction parallel to the direction of the ramp. | ADAAG 4.13.6, figure 25(a) | 14 to 20 | **Alternate 2 -** If local building official will allow, reverse the outer entrance door to swing into the vestibule, keeping the hinges on the same side. This would afford between 17 inches measured to the trim and 19 inches measured to the wall, of clear floor space at the pull side of the door. Remove and relocate newspaper rack as required. | $500 - $700 |
| | Inner vestibule door requires 16 pounds of push force to open. | ADAAG 4.13.11(2)(b) | 16, 20 | Adjust door closer to require no more than 5 pounds of push or pull force to open. | $29 - $305 |
| | Inner vestibule door is hinged on the left side when viewed from within the vestibule. | ADAAG 4.13.6, figure 25(a) | 16 | This information is given for reference. See recommendation above. | n/a |
| **Service counter** | Service counter is 40 inches AFF. | ADAAG 7.2.1 | 21 | Provide a clipboard for patrons who use wheelchairs, so that they may sign checks or credit card transactions. | $5 - $10 |
| **Rear Dining Room** | There is a separate dining room in the rear, down 5 steps. It has the same menu, décor and ambience as the rest of the diner. There are 3 tables and 5 booths in the lowered area. | ADAAG 5.4 | 22 to 26 | Since same services and décor are offered throughout this restaurant, wheelchair access to the sunken area is not required; all accessible seating may be located in the main dining area. Please see recommendation concerning movies below. | $0 - $0 |
| | Stair to rear dining room has a handrail on only one side. | ADAAG 4.9.4, figure19 | 23 | Provide handrails at both sides of this stair, compliant with 4.9.4 and figure 19. This will allow patrons with disabilities, but who do not use wheelchairs, to have full access to the diner. | $31 - $55 per lineal foot per side |

ADA Survey
March 9, 2006

American City Diner
5532 Connecticut Avenue NW, Washington, DC 20015

Prepared by Steve Mason
Tcherneshoff Consulting, Inc.

Case 1:05-cv-01745-CKK    Document 26-6    Filed 11/13/2006    Page 4 of 11

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| **Main Dining Room** | There are 12 booths and a counter with 18 stools in the main dining area. | ADAAG 4.1.3(18), 4.32, 5.1, figure 45 | 27 top 30 | Provide 2 accessible tables (5% of restaurant total) that meet the requirements of ADAAG 4.32, including  table top height between 28 inches and 34 inches AFF and knee clearance at least 27 inches high, 30 inches wide and 19 inches deep to the nearest obstruction. See alternates below. | see below |
| | The booths in the main dining area have dining surface 28 inches AFF, measured to the bottom. The distance between the seats is 26 inches. There is a support post beneath the dining surface that becomes an obstruction for wheelchair users at 10 inches in from the edge. | ADAAG 4.1.3(18), 4.32, 5.1, figure 45 | 27, 28 | *Alternate 1 -* At the booth nearest to the toilet rooms, relocate one of the seats 4 inches so as to provide a clear distance of at least 30 inches between the seats. Reconfigure the metal support beneath the dining surface to provide a single leg that is at least 19 inches in from the edge of the table. In addition, provide 1 other accessible booth as noted below. | $350 - $500 |
| | | ADAAG 4.1.3(18), 4.32, 5.1, figure 45 | 28 | *Alternate 2 -* At the booth nearest to the toilet rooms and at 1 additional booth, replace one of the seats by 2 chairs. One of the chairs can be removed when required to accommodate a patron who uses a wheelchair, to provide a minimum clearance of 30 inches side to side, with the wheelchair positioned at the end of the dining surface. In addition, as noted above, reconfigure the metal support beneath the dining surface to provide a single leg that is at least 19 inches in from the edge of the table. | $350 - $500 |

ADA Survey
March 9, 2006

Case 1:05-cv-01745-CKK  Document 20-6  Diner Filed 11/13/2006  Page 5 of 11
5532 Connecticut Avenue NW, Washington, DC 20015

Prepared by Steve Mason
Tcherneshoff Consulting, Inc.

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| | | ADAAG 4.1.3(18), 4.32, 5.1, figure 45 | 27, 28 | *Alternate 3 -* Designate 2 booths as accessible and do the following. Replace one or both of the seat cushions with a narrower one, so as to provide a clear distance of at least 30 inches between the seats. Reconfigure the metal support beneath the dining surface to provide a single leg that is at least 19 inches in from the edge of the table. | $550 - $650 |
| | | | 27, 28 | Establish a policy to ensure that restaurant staff know the locations of the accessible tables, and that they offer them to patrons who use wheelchairs. | $0 - $0 |
| **Counter** | Lunch counter is 35 1/2 inches AFF. There is no knee clearance beneath it for a wheelchair user. | ADAAG 5.4 | 29, 30 | In my opinion, since the same service is offered at nearby tables, the lunch counter is not required to be accessible and no changes are required. | $0 - $0 |
| **Front Dining Room** | There is a dining room on the Connecticut Avenue side of the building that was locked at the time of our inspection. | ADAAG 5.4 | 46, 47, 48 | Since same services and décor are offered throughout this restaurant, wheelchair accessibility to sunken area is not generally required in the front dining room; all accessible dining may be located in the main dining area. Please see recommendation concerning movies below. | $0 - $0 |
| | This dining room is down 1 step from the main level. The step back from the landing shown in the photograph up into the restaurant has a rise of 5 inches. There is no space here for a ramp. | ADAAG 5.4 | 49, 50 | In my opinion it is not technically feasible to provide wheelchair access to this dining room. See above. | n/a |

ADA Survey
March 9, 2006

Case 1:05-cv-01745-CKK    Document 26-9 Dir Filed 11/13/2006    Page 6 of 11    Prepared by Steve Mason
5532 Connecticut Avenue NW, Washington, DC 20015    Tcherneshoff Consulting, Inc.

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| | Threshold at the second door is 1 1/4 inches high. There is insufficient clear floor space at the pull side of the second door. | ADAAG 4.13.6, figure 25(a) | 47 | This information is provided for reference. See above. | $0 - $0 |
| | There are 8 tables provided in the front dining room. | ADAAG 4.1.3(18), 4.32, 5.1, figure 45 | 48 | This information is provided for reference. See above. | $0 - $0 |
| **Women's Toilet Room** | There is no accessible Brailled sign at the women's toilet room. | ADAAG 4.1.2(7), 4.30, figures S1-TCI and S2-TCI | 32, 33 | Provide sign compliant with ADAAG 4.30, mounted on the wall adjacent to the latch side of the door. The centerline of the sign must be 60 inches AFF. Signage guidelines accompany this document. | $16 - $26 |
| | Toilet room door has knob-type hardware that requires grasping and twisting of the wrist to operate. | ADAAG 4.13.9 | 33 | Provide lever-type hardware and locking mechanism that does not require tight grasping, tight pinching or twisting of the wrist to operate. | $174 - $345 |
| | Sliding privacy latch is mounted at 62 inches AFF. | ADAAG 4.2.5, figure 5 | 36, 37 | Lower the privacy latch to be no higher than 48 inches AFF. | $25 - $50 |
| | | ADAAG 4.13.9 | 36, 37 | *Alternate* - Ensure that the new lever hardware has an integral push button type (not pinch and twist type) privacy latch. | included above |
| | Door requires 20 pounds of push force to open. | ADAAG 4.13.11(2)(b) | 32, 33 | Adjust door closer to require no more than 5 pounds of push or pull force to open. | $29 - $305 |
| | Side grab bar is mounted at 28 inches AFF. It is only 36 inches long. | ADAAG 4.16.4, 4.26, figure 29 | 34 | Install a 42 inch side grab bar at this water closet, mounted 33-36 inches AFF, that complies with 4.26 and figure 29. | $76 - $96 |

ADA Survey
March 9, 2006

Case 1:05-cv-01745-CKK    Document 26-8  Filed 11/13/2006    Page 7 of 11

American City Director
5532 Connecticut Avenue NW, Washington, DC 20015

Prepared by Steve Mason
Tcherneshoff Consulting, Inc.

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| | Rear grab bar provided at the water closet is only 24 inches long. | ADAAG 4.16.4, 4.26, figure 29 | 34 | Relocate the 36 inch side grab bar to the rear of the water closet, mounted 33-36 inches AFF, in compliance with 4.26 and figure 29. | $50 - $70 |
| | Flush valve is on the short side of the toilet area. | ADAAG 4.16.5 | 34 | Replace floor mounted water closet with one that has the flush valve on the wide side of the toilet area. | $294 - $355 |
| | | ADAAG 4.16.5 | 34 | *Alternate* - Install an automatic flush valve at this water closet. | $455 - $600 |
| | Water closet is mounted with its centerline 17 1/2 inches from the left-hand side wall. | ADAAG 4.16.2, figure 28 | 34 | In my opinion, this slight deviation from the new construction standard does not pose a barrier to access. | $0 - $0 |
| | Location of toilet paper dispenser provides only 7 inches of clear space above the side grab bar. | ADA/ABA Accessibility Guidelines Proposed Rule 604.7, figure 604.7(b) | 34 | Relocate toilet paper dispenser above the side grab bar, allowing a minimum of 12 inches of clearance above the grab bar. The centerline of the dispenser must be between 7 and 9 inches in front of the water closet. The outlet of the dispenser must be from 15 to 48 inches AFF. | $50 - $75 |
| | Toilet seat covers are mounted at 56 inches AFF. | ADAAG 4.2.5, figure 5 | 34 | Lower toilet seat covers to be no higher than 48 inches AFF. | $50 - $75 |
| | Lavatory hardware requires grasping and twisting of the wrist to operate. | ADAAG 4.19.5 | 35, 38 | Provide new lever-type hardware that can be operated without tight grasping, pinching or twisting of the wrist. | $200 - $419 |
| | Lavatory is mounted with its top surface at 34 1/4 inches AFF, the bottom of the apron at 31 1/4 inches AFF and the bottom of the bowl at 28 inches AFF. | ADAAG 4.19.2, 4.19.3, figures 31 and 32 | 35, 38 | These dimensions are compliant. | $0 - $0 |

ADA Survey
March 9, 2006

Case 1:05-cv-01745-CKK   Document 26-6   Filed 11/13/2006   Page 8 of 11

American City Diner
5532 Connecticut Avenue NW, Washington, DC 20015

Prepared by Steve Mason
Tcherneshoff Consulting, Inc.

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| | Hot water pipes at lavatory are not insulated. | ADAAG 4.19.4 | 35, 38 | Fully insulate exposed hot water supply and drain pipes to prevent burning. | $50 - $75 |
| | Mirror is mounted with its lowest reflecting edge at 44 inches AFF. | ADAAG 4.19.6 | 35, 38 | Lower mirror so that the lowest edge of the reflective surface is no higher than 40 inches AFF. Alternately, install a full length mirror in this area. | $50 - $75 |
| **Men's Toilet Room** | There is no accessible Brailled sign at the men's toilet room. | ADAAG 4.1.2(7), **4.30, figures S1-TCI and S2-TCI** | 39 | Provide sign compliant with ADAAG 4.30, mounted on the wall adjacent to the latch side of the door. The centerline of the sign must be 60 inches AFF. Signage guidelines accompany this document. | $16 - $26 |
| | Toilet room door has knob-type hardware that requires grasping and twisting of the wrist to operate. | ADAAG 4.13.9 | 39, 40 | Provide lever-type hardware and locking mechanism that does not require tight grasping, tight pinching or twisting of the wrist to operate. | $174 - $345 |
| | Sliding privacy latch is mounted at 60 inches AFF. | ADAAG 4.2.5, figure 5 | 40 | Lower the privacy latch to be no higher than 48 inches AFF. | $25 - $50 |
| | | ADAAG 4.13.9 | 40 | ***Alternate -*** Ensure that the new lever hardware has an integral push button type (not pinch and twist type) privacy latch. | included above |
| | Door requires 18 pounds of push force to open. | ADAAG 4.13.11(2)(b) | 39, 40 | Adjust door closer to require no more than 5 pounds of push or pull force to open. | $29 - $305 |
| | Water closet is mounted with its centerline 19 inches from the left-hand side wall. | ADAAG 4.16.2, figure 28, 28 CFR Part 36 36.305(a) "Alternatives to barrier removal" | 41, 44 | Build-out the side grab bar with between 1 and 1 1/2 inches of structural blocking to bring it closer to the water closet, to put it within required distance for use. | $200 - $350 |

ADA Survey
March 9, 2006

Case 1:05-cv-01745-CKK    American City Diner Filed 11/13/2006    Page 9 of 11    Prepared by Steve Mason
                          Document 26-6
                          5532 Connecticut Avenue NW, Washington, DC 20015    Tcherneshoff Consulting, Inc.

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| | Flush valve is on the short side of the toilet area. | ADAAG 4.16.5 | 41, 44 | Replace floor mounted water closet with one that has the flush valve on the wide side of the toilet area. | $294 - $355 |
| | | ADAAG 4.16.5 | 41, 44 | *Alternate -* Install an automatic flush valve at this water closet. | $455 - $600 |
| | Side grab bar is mounted at 27 inches AFF. It is only 36 inches long. | ADAAG 4.16.4, 4.26, figure 29 | 41, 44 | Install a 42 inch side grab bar at this water closet, mounted 33-36 inches AFF, that complies with 4.26 and figure 29. | $76 - $96 |
| | Rear grab bar provided at the water closet is only 24 inches long. | ADAAG 4.16.4, 4.26, figure 29 | 41, 44 | Relocate the 36 inch side grab bar to the rear of the water closet, mounted 33-36 inches AFF, in compliance with 4.26 and figure 29. | $50 - $70 |
| | Toilet paper dispenser is mounted at 41 inches from the rear wall at 13 inches above the side grab bar. | ADAAG 4.16.6, figure 29(b) | 41, 44 | When the side grab bar is raised, raise the toilet paper dispenser so as to provide 12 inches of clear space above the grab bar. | $50 - $75 |
| | Toilet seat covers are mounted at 56 inches AFF. | ADAAG 4.2.5, figure 5 | 41, 44 | Lower toilet seat covers to be no higher than 48 inches AFF. | $50 - $75 |
| | 1 accessible urinal is provided. | ADAAG 4.18.2, 4.18.4 | 42 | Urinal is compliant. | $0 - $0 |
| | Lavatory hardware requires grasping and twisting of the wrist to operate. | ADAAG 4.19.5 | 42, 43 | Provide new lever-type hardware that can be operated without tight grasping, pinching or twisting of the wrist. | $200 - $419 |

ADA Survey
March 9, 2006

Case 1:05-cv-01745-CKK   Document 26-6   Filed 11/13/2006   Page 10 of 11

American City Diner
5532 Connecticut Avenue NW, Washington, DC 20015

Prepared by Steve Mason
Tcherneshoff Consulting, Inc.

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|
| | Lavatory is pedestal type, encroaching on required knee clearances. Lavatory is 27 inches AFF to the bottom of the apron, 25 inches AFF to the bottom of the bowl and 30 1/2 inches to the top surface. | ADAAG 4.19, figures 31 and 32 | 42, 43 | Replace pedestal type lavatory with a wall-hung accessible lavatory compliant with 4.19 and figures 31 and 32. | $450 - $625 |
| | Mirror is mounted with its lowest reflecting edge at 47 1/4 inches AFF. | ADAAG 4.19.6 | 42, 43 | Lower mirror so that the lowest edge of the reflective surface is no higher than 40 inches AFF. Alternately, install a full length mirror in this area. | $50 - $75 |
| **Movies** | Signs outside the diner advertise "Cinema Café" and "Movies Nightly." It is not known at the time of our inspection where the movies are presented. | ADAAG 4.13.6, 4.13.12, figure 25(a) | | *Option 1 - If movies are presented in the rear dining room,* then provide an automatic power door opener at the rear entrance door shown in photographs 7 and 26 to provide access to that room. | $2,170 - $3,200 |
| | | ADAAG 4.13.6, 4.13.12, figure 25(a) | | *Option 2 - If movies are currently presented in the front dining room,* and if it is technically and programmatically feasible to do so, relocate the movie presentations to the rear dining room and provide an automatic power door opener at the rear entrance door shown in photographs 7 and 26. In my opinion it is not technically feasible to provide wheelchair access to the front dining room. | $2,170 - $3,200 |
| | | ADAAG 4.1.3(18), 4.32, 5.1, figure 45 | | *Options 1 and 2 -* In addition, provide 1 accessible table in the rear dining room. | $350 - $450 |

ADA Survey
March 9, 2006

Case 1:05-cv-01745-CKK    Document 26-6    Filed 11/13/2006    Page 11 of 11

American City Diner
5532 Connecticut Avenue  NW, Washington, DC 20015

Prepared by Steve Mason
Tcherneshoff Consulting, Inc.

| Item / Element | Existing Conditions | Standards | Photos | Recommendations | Cost Range |
|---|---|---|---|---|---|

The generalized preliminary budget cost estimates included here are based, in part, upon similar barrier removal projects, information provided by manufacturers and distributors of different products, contractors working in the construction trades and upon data found in the various publications of RS Means/Reed Construction Data, including their "ADA Compliance Pricing Guide 2004" and their "Building Construction Cost Data 64th Annual Edition 2006." It is important to note that these estimates are made for ADA barrier removal only and do not take into account such things as special finishes and day to day variations in the cost of goods and services. The estimated costs are intended as a guide and are not intended to be absolutely comprehensive. Other materials and methods of construction may be employed besides those used for these estimates.