IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                      CASE NO.:   1:05-cv-1745-CKK

AMERICAN CITY DINER, INC.
d/b/a AMERICAN CITY DINER

    Defendant
_____/

**NOTICE THAT NO RESPONSE OR MEMORANDUM OF LAW WAS SERVED ON PLAINTIFF IN RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (D.E.# 24) FILED OCTOBER 25, 2006**

COMES NOW, Plaintiff, RUSSELL HOLT, by and through the undersigned counsel, and hereby notifies this Court that the Defendant, AMERICAN CITY DINER, INC., d/b/a AMERICAN CITY DINER, has failed to file a Response or a Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment filed by Plaintiff and served on Defendant on October 25, 2006 (See Docket #24).  Defendant's Response or Memorandum of Law would have been due to the not later than November 13, 2006.  At the time of the filing of this pleading, no such response has been received by the Plaintiff nor by the Court (See docket sheet dated November 15, 2006 attached hereto as Exhibit "A").

WHEREFORE, due to Defendant's failure to file a Response or file a Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment, and due to the uncontroverted facts and law contained in said motion, the Plaintiff

1

2

respectfully requests that this Court grant Plaintiff's motion, and enter Summary Judgment in favor of Plaintiff.

Dated: November 15, 2006    Respectfully submitted:

        S/Jason E Miles
        Jason E. Miles, Esq.
        Schwartz Zweben & Associates, LLP
        51 Monroe St., Suite 812
        Rockville, Maryland 20850
        (301)294-6868--- Voice
        (301)294-6480--- Fax
        Attorney for Plaintiff
        jmiles@szalaw.com

**Certificate of Service**

I HEREBY CERTIFY that on November 15, 2006, led the foregoing document with the Clerk of the Court and to the following ECF Registrants: Jay Weiss, Esquire and Gene Zweben, Esquire.

        S/Jason E Miles
        Jason E. Miles, Esq.