TYPE-L

# U.S. District Court
### District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-01745-CKK

HOLT v. AMERICAN CITY DINER INC  
Assigned to: Judge Colleen Kollar-Kotelly  
Cause: 42:12188 Americans With Disabilities Act

Date Filed: 08/31/2005  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

RUSSELL HOLT     represented by    **Gene R. Zweben**  
SCHWARTZ ZWEBEN & SLINGBAUM, LLP  
205 Southwest Winnachee Drive  
Stuart, FL 34994  
US  
(772) 223-5454  
Email: gzweben@szalaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jason E. Miles**  
SCHWARTZ,ZWEBEN & SLINGBAUM, LLP  
207 East Redwood Street  
Suite 800  
Baltimore, MD 21202  
US  
(443) 629-5754  
Email: jmiles@szalaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joel Robert Zuckerman**  
MAXWELL & BARKE, LLC.  
51 Monroe St., Suite 806  
Rockville, MD 20850  
(301) 309-8300  
Fax: (301) 309-8303  
Email: joelz@maxwellbarke.com  
*TERMINATED: 06/01/2006*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

"A"

**Defendant**

**AMERICAN CITY DINER INC**
*doing business as*
AMERICAN CITY DINER

represented by **Jay Stephan Weiss**
1828 L Street, NW
Suite 902
Washington, DC 20036
(202) 872-1545
Email: office@jsweisspc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2005 | 1 | COMPLAINT against AMERICAN CITY DINER INC (Filing fee $ 250) filed by RUSSELL HOLT.(td, ) (Entered: 09/02/2005) |
| 08/31/2005 | | Summons (1) Issued as to AMERICAN CITY DINER INC. (td, ) (Entered: 09/02/2005) |
| 09/15/2005 | 2 | Corporate Disclosure Statement by RUSSELL HOLT. (Zuckerman, Joel) (Entered: 09/15/2005) |
| 11/03/2005 | 3 | ENTERED IN ERROR-DUPLICATE.....Corporate Disclosure Statement by RUSSELL HOLT. (Zuckerman, Joel) Modified on 11/3/2005 (lc, ). (Entered: 11/03/2005) |
| 11/03/2005 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. AMERICAN CITY DINER INC served on 10/27/2005, answer due 11/16/2005 (Attachments: # 1 Affidavit of Service)(Zuckerman, Joel) (Entered: 11/03/2005) |
| 11/16/2005 | 5 | ANSWER to Complaint by AMERICAN CITY DINER INC.(Weiss, Jay) (Entered: 11/16/2005) |
| 01/12/2006 | 6 | SCHEDULING ORDER:Initial Scheduling Conference set for 2/15/2006 10:00 AM in Courtroom 28A before Judge Colleen Kollar-Kotelly. Signed by Judge Colleen Kollar-Kotelly on 1/12/2006. (dot, ) (Entered: 01/12/2006) |
| 02/10/2006 | 7 | MEET AND CONFER STATEMENT. (Attachments: # 1 Statement of Facts # 2 Text of Proposed Order)(Zuckerman, Joel) (Entered: 02/10/2006) |
| 02/15/2006 | | Minute Entry for proceedings held before Judge Colleen Kollar-Kotelly : Initial Scheduling Conference held on 2/15/2006. Status Conference set for 9/29/2006 09:00 AM in Courtroom 28A before Judge Colleen Kollar-Kotelly. (Court Reporter Edward Hawkins.) (dot, ) (Entered: 02/15/2006) |
| 02/15/2006 | 8 | SCHEDULING AND PROCEDURES ORDER: Amended Pleadings due by 3/3/2006. Mediation before Magistrate Judge Alan Kay to commence 2/15/2006 and conclude by 9/15/2006. Proponent's Rule 26(a)(2)(B) statement due by 5/15/2006. Opponent's Rule 26(a)(2)(B) statement due by 6/15/2006. Rebuttal report due 7/1/2006. Discovery plan due within |

|  |  |  |
|---|---|---|
|  |  | 10 days of this Order. Discovery 8/15/2006. Status Conference set for 9/29/2006 09:00 AM in Courtroom 28A before Judge Colleen Kollar-Kotelly. Signed by Judge Colleen Kollar-Kotelly on 2/15/2006. (dot, ) (Entered: 02/15/2006) |
| 02/15/2006 |  | CASE REFERRED to Magistrate Judge Alan Kay for mediation. (bm) (Entered: 02/22/2006) |
| 02/27/2006 | 9 | ORDER setting mediation for April 18, 2006, at 10:00 a.m. Signed by Magistrate Judge Alan Kay on 02/27/06. (DM) (Entered: 02/27/2006) |
| 03/06/2006 | 10 | STIPULATION *RE: Initial Disclosures* by RUSSELL HOLT. (Zuckerman, Joel) (Entered: 03/06/2006) |
| 04/13/2006 |  | MINUTE ORDER canceling mediation at the request of the parties. Mediation set for Tuesday, April 18, 2006 at 10:00 a.m. is hereby canceled and reset for Monday, June 12, 2006 at 2:00 p.m. Parties should contact chambers with any scheduling conflicts. Signed by Magistrate Judge Alan Kay on 4/13/2006. (lckay1, ) (Entered: 04/13/2006) |
| 05/09/2006 |  | MINUTE ORDER rescheduling mediation set for June 12, 2006. Per request of counsel, the mediation will now take place on July 14, 2006, at 10:30 a.m. instead of June 12, 2006. Signed by Magistrate Judge Alan Kay on 05/09/06. (DM) (Entered: 05/09/2006) |
| 06/01/2006 | 11 | NOTICE OF WITHDRAWAL OF APPEARANCE as to RUSSELL HOLT. Attorney Joel Robert Zuckerman terminated. (Zweben, Gene) (Entered: 06/01/2006) |
| 06/01/2006 | 12 | NOTICE of Appearance by Gene R. Zweben on behalf of RUSSELL HOLT (Zweben, Gene) (Entered: 06/01/2006) |
| 07/24/2006 |  | Minute Entry for proceedings held before Magistrate Judge Alan Kay: Settlement Conference held on 7/14/2006. (DM) (Entered: 07/24/2006) |
| 08/03/2006 | 13 | First MOTION to Compel *DEFENDANT'S ANSWERS TO INITIAL INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION* by RUSSELL HOLT. (Attachments: # 1 Exhibit)(Zweben, Gene) Modified on 8/3/2006 (jf, ). (Entered: 08/03/2006) |
| 08/03/2006 | 14 | ADDITIONAL ATTACHMENT *Proposed Order* by RUSSELL HOLT 13 First MOTION to Compel *DEFENDANT'S ANSWERS TO INITIAL INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION* filed by RUSSELL HOLT,. (Zweben, Gene) (Entered: 08/03/2006) |
| 08/21/2006 | 15 | NOTICE of Appearance by Jason E. Miles on behalf of RUSSELL HOLT (Miles, Jason) (Entered: 08/21/2006) |
| 08/29/2006 |  | MINUTE ORDER (PAPERLESS) granting as conceded 13 Plaintiff's Motion to Compel Defendant's Answers to Initial Interrogatories and First Request for Production. Defendant needs to provide full and complete answers to Plaintiff's interrogatories and comply with Plaintiff's first production request by September 19, 2006. Plaintiff may file a request for reasonable attorney's fees and expenses incurred in the |

| | | |
|---|---|---|
| | | drafting of his 13 Motion by September 15, 2006. The Court also notes that the Parties have not filed a discovery plan in compliance with the Court's Scheduling and Procedures Order dated February 15, 2006, which required the filing of such a plan within 10 days of the Order's issuance. Signed by Judge Colleen Kollar-Kotelly on August 29, 2006. (lcckk1) (Entered: 08/29/2006) |
| 09/11/2006 | 16 | NOTICE *of Filing Unilateral Rule 16.3* by RUSSELL HOLT re Order on Motion to Compel,,, (Miles, Jason) (Entered: 09/11/2006) |
| 09/14/2006 | 17 | MOTION for Attorney Fees *and Expenses* by RUSSELL HOLT. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Zweben, Gene) (Entered: 09/14/2006) |
| 09/15/2006 | 18 | MEET AND CONFER STATEMENT. (Weiss, Jay) (Entered: 09/15/2006) |
| 09/26/2006 | 19 | MOTION for Sanctions *and Attorneys' Fees and Costs, Due to Defendant, American City Diner, Inc.'s Failure to Respond to Discovery and Failure to Comply with Court Order and Memorandum of Law in Support Thereof* by RUSSELL HOLT. (Attachments: # 1 Text of Proposed Order)(Miles, Jason) (Entered: 09/26/2006) |
| 09/26/2006 | 20 | MOTION for Attorney Fees by RUSSELL HOLT; (SEE DOCUMENT NO. 19 FOR IMAGE) (td, ) (Entered: 09/27/2006) |
| 09/28/2006 | 21 | RESPONSE to Discovery Request by AMERICAN CITY DINER INC. (Weiss, Jay) (Entered: 09/28/2006) |
| 09/29/2006 | | MINUTE ORDER (PAPERLESS): A status conference was held on September 29, 2006, in Courtroom 28A. Plaintiff's counsel was not present. The Court will allow Defendant to respond to Plaintiff's 19 Motion for Sanctions and Attorneys' Fees and Costs by October 16, 2006, in which Defendant shall address among other things the discovery that has been provided and if, upon review, such provisions have been insufficient, Defendant shall provide any additional discovery to Plaintiff prior to October 16, 2006. The Court has established the following briefing schedule for dispositive motions: Any motions are due to the Court by October 25, 2006; Opposition(s) must be filed by November 10, 2006; any Repl(ies) are due by November 17, 2006. Signed by Judge Colleen Kollar-Kotelly on September 29, 2006. (lcckk1) (Entered: 09/29/2006) |
| 09/29/2006 | | Minute Entry for proceedings held before Judge Colleen Kollar-Kotelly : Status Conference held on 9/29/2006. Proposed dates accepted and the Court will publish/sign the order. (Court Reporter Edward Hawkins.) (alr) (Entered: 10/03/2006) |
| 09/29/2006 | | Set Deadlines/Hearings: Motions due by 10/25/2006. Responses due by 11/10/2006 Replies due by 11/17/2006. (dot, ) (Entered: 10/12/2006) |
| 10/02/2006 | 22 | RESPONSE TO ORDER TO SHOW CAUSE by RUSSELL HOLT. (Miles, Jason) (Entered: 10/02/2006) |
| | | |

| | | |
|---|---|---|
| 10/17/2006 | 23 | NOTICE *of Defendant's Non-Compliance* by RUSSELL HOLT re Order,,, (Miles, Jason) (Entered: 10/17/2006) |
| 10/25/2006 | 24 | MOTION for Summary Judgment by RUSSELL HOLT. (Attachments: # 1 Exhibit A-Affidavit of Plaintiff, Russell Holt# 2 Exhibit B-Plaintiff's Expert Report# 3 Exhibit C-Expert Affidavit and C.V.# 4 Text of Proposed Order)(Miles, Jason) (Entered: 10/25/2006) |
| 10/25/2006 | 25 | MOTION for Summary Judgment *and Other Appropriate Relief* by AMERICAN CITY DINER INC. (Weiss, Jay) (Entered: 10/25/2006) |
| 11/13/2006 | 26 | Memorandum in opposition to re 25 MOTION for Summary Judgment *and Other Appropriate Relief* filed by RUSSELL HOLT. (Attachments: # 1 Exhibit A-Plaintiff, Russell Holt Affidavit# 2 Exhibit B-Plaintiff's Response to Interrogatories# 3 Exhibit C-Expert Affidavit and C.V.# 4 Exhibit D-Expert Report of March 9, 2006# 5 Exhibit E-Expert Report of Aug. 22, 2006)(Miles, Jason) (Entered: 11/13/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/15/2006 09:15:11 | | | |
| PACER Login: | gs0408 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cv-01745-CKK |
| Billable Pages: | 3 | Cost: | 0.24 |