UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL HOLT,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN CITY DINER, INC.,<br><br>    Defendant. | Civil No. 05–1745 (CKK) |

**ORDER**
(November 27, 2006)

On September 14, 2006, Plaintiff filed [17] Plaintiff's Request for Attorney Fees and Expenses. Defendant did not file any response thereto. Furthermore, on September 26, 2006, Plaintiff filed [19, 20] Plaintiff's Motion for Sanctions and Attorney's Fees and Costs Due to Defendant, American City Diner, Inc.'s Failure to Respond to Discovery and Failure to Comply with Court Order and Memorandum of Law in Support Thereof. Defendant did not file any response thereto, despite the Court's granting Defendant until October 16, 2006, to respond via the Court's Minute Order of September 29, 2006.

Accordingly, it is, this 27th day of November, 2006, hereby

ORDERED that [17] Plaintiff's Request for Attorney Fees and Expenses is GRANTED AS CONCEDED, and furthermore, that the Court finds that the requested amount of attorney's fees is reasonable; it is also

ORDERED that Plaintiff is awarded $1,817.00 in attorney's fees pursuant to the Court's granting [17]; it is also

ORDERED that [19, 20] Plaintiff's Motion for Sanctions and Attorney's Fees and Costs Due to Defendant, American City Diner, Inc.'s Failure to Respond to Discovery and Failure to Comply with Court Order and Memorandum of Law in Support Thereof is GRANTED AS CONCEDED with respect to the filing of Plaintiff's [19] Motion; Plaintiff is ordered to submit a "Request for Attorney's Fees" setting forth a specific request for reasonable attorney's fees only for Plaintiff's filing of its [19, 20] Motion; it is also

ORDERED that Plaintiff's request that the "Court compel Defendant to respond to Plaintiff's outstanding discovery requests" is HELD IN ABEYANCE until the Court rules on the pending Motions for Summary Judgment in this case.

SO ORDERED.

                                                   /s/
                                     COLLEEN KOLLAR-KOTELLY
                                     United States District Judge