UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT,

    Plaintiff,

vs.                                            CASE NO.: 1:05-cv-01745
                                                 Judge Kollar-Kotelly

AMERICAN CITY DINER, INC,

    Defendant.
_____/

**PLAINTIFF'S REQUEST FOR ATTORNEY FEES AND EXPENSES**

**COMES NOW**, Plaintiff, RUSSELL HOLT, by and through his attorney and pursuant to the November 27, 2006, Order of the Court granting Plaintiff's Motion for Sanctions, Attorney's Fees and Costs Due to Defendant, American City Diner, Inc.'s Failure to Respond to Discovery and Failure to Comply with Court Order and Memorandum of Law in Support Thereof (*See* Docket No. 28) and Federal Rule of Civil Procedure 37, Plaintiff respectfully requests that this Court award attorney's fees to the Plaintiff as set forth in this motion. In support of this request, plaintiff avers as follows:

1.    On September 26, 2006, Plaintiff filed a Motion for Sanctions, Attorney's Fees and Costs Due to Defendant, American City Diner, Inc.'s Failure to Respond to Discovery and Failure to Comply with Court Order and Memorandum of Law in Support Thereof. (*See* Docket No(s). 19, 20)

2.    On November 27, 2006, the Court entered an Order granting Plaintiff's Motion for Sanctions, Attorney's Fees and Costs and further ordering that Plaintiff submit a "Request for Attorney's Fees" setting forth a specific request for reasonable attorney's fees only for Plaintiff's filing of its Motion.

1

3.      An award of reasonable attorney's fees, including expenses should be awarded to plaintiff pursuant to Fed. R. Civ. P. 37 (a)(4)(A).

4.      Plaintiff's attorneys, Schwartz Zweben & Slingbaum, LLP have maintained detailed time records of the professional services rendered in this case and a detailed record of the cost expended by or on behalf of plaintiff in the prosecution of this motion. A copy of attorney Jason E. Miles' time records and plaintiff's costs are attached to this motion as Exhibit A.  (Only a portion of the billing statement reflecting the work regarding the Motion for Sanctions, Attorney's Fees and Costs Due to Defendant, American City Diner, Inc.'s Failure to Respond to Discovery and Failure to Comply with Court Order and Memorandum of Law in Support Thereof is included.  Some portions not relevant to this motion are redacted). (*See* Redacted Fee Statement attached as Exhibit "A").

5.      The professional time expended by Schwartz Zweben & Slingbaum, LLP on Plaintiff's claim against the Defendant related to the Motion for Sanctions and the preparation of this motion total 5.8 hours. The Plaintiff's counsel exercised billing discretion in finalizing the attached statement.

6.      The hours expended by Schwartz Zweben & Slingbaum LLP were reasonable and necessary in the prosecution of Plaintiff's instant motion. (See affidavit of Jason E. Miles, Esq., attached to this motion as Exhibit "B").

7.      The hours expended on the preparation of Plaintiff's instant motion are properly recoverable.  Turner v. D.C. Board of Elections and Ethics, 170 F. Supp. 2d. 1 (*D.C.D. October 23, 2001*).

8.    Because of the complexity of plaintiff's claim under the ADA, the success of Schwartz Zweben & Slingbaum LLP in protecting Plaintiff's rights against discrimination and the demonstrated proficiency and high degree of quality representation afforded plaintiff, plaintiff requests the amount of $1,537.00 in attorney fees.  (Attorney billing rate is $265.00 per hour.)

9.    The hourly rate of Schwartz Zweben & Slingbaum LLP attorneys and the services provided by such attorneys, as set forth in the firms detailed time records (Exhibit A, attached to this motion), are in line with those prevailing in the community for services similar to those provided to plaintiffs by attorneys of reasonably comparable skill, experience, and reputation.  Plaintiff's counsel graduated from law school nearly ten years ago, and the prevailing market rate that he would be entitled according to the most recent *Laffey Matrix* is $313.00 per hour.  Plaintiff's counsel charged $265.00 per hour for his services rendered in this case.  This is the rate that Plaintiff normally charges his clients for similar cases.  Thus, the Plaintiff's attorney's hourly rate is reasonable.

WHEREFORE, Plaintiff respectfully requests that the Court award Plaintiff's attorneys fees in the amount of $1,537.00.

Dated:  December 5, 2006        Respectfully submitted:

By:    /s/Jason E. Miles
Jason E. Miles, Esquire
D.C. No. MD26349
Schwartz, Zweben & Slingbaum LLP
51 Monroe Street, Suite 812
Rockville, MD 20850
Telephone:    (301) 294-6868
Facsimile:    (301) 294-6480
jmiles@szalaw.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2006, I electronically filed the foregoing document with the Clerk of the Court, to the following ECF Registrant:

**Jay S. Weiss**, **Esquire.**

By:   /s/ Jason E. Miles
      Jason E. Miles, Esquire