Holt, Russell
5532 Connecticut Avenue NW
Washington DC 20015
usa

Account No: MD6013-013C
Statement No: 15589

"A"

Russell Holt v. American City Diner, Inc.

Fees

| Date | | Description | Hours | |
|---|---|---|---|---|
| 09/22/2006 | JM | Initial draft of Motion for Sanctions for failure to provide discovery | 1.60 | 424.00 |
| 09/26/2006 | JM | Final and file Motion and order For Sanctions, fees re: discovery responses | 0.90 | 238.50 |
| | JM | Telephone Conference with clerk of court re: upcoming scheduling conference and Motion for Sanctions | 0.20 | 53.00 |
| 09/28/2006 | JM | ~~Receipt and review of Plaintiff's Expert Report and Recommendations based upon site inspection of subject property via email (.8) Prepare email to defense counsel enclosing same (.2) re: inspection and photos of 9/27~~ | ~~1.00~~ | ~~265.00~~ |
| | JM | Receipt and review of Defendant's Response to Motion For Sanctions, fees re: discovery responses | 0.20 | 53.00 |
| 09/29/2006 | JM | ~~Receipt and review of Court Notice regarding 9/29/06 Status Conference with Judge~~ | ~~0.20~~ | ~~53.00~~ |
| 09/30/2006 | JM | Draft email to client | 0.10 | 26.50 |
| 10/02/2006 | JM | ~~Responses to Show Cause dated 9/29/06 Status Conference~~ | ~~1.00~~ | ~~265.00~~ |
| 10/03/2006 | JM | ~~Receipt and review of Minute Entry from Court regarding dates and scheduling~~ | ~~0.10~~ | ~~26.50~~ |
| 10/05/2006 | JM | Exchange emails with client | 0.20 | 53.00 |
| 10/12/2006 | JM | ~~Receipt and review of Minute Entry from Court re: filing deadlines~~ | ~~0.10~~ | ~~26.50~~ |
| 10/17/2006 | JM | Prepare and file Plaintiff's Notice of Defendant's Non-Compliance to Court's Order dated Sept 29, 2006 | 0.40 | 106.00 |
| | JM | Draft email to client | 0.10 | 26.50 |
| 10/23/2006 | JM | ~~Telephone conference with Plaintiff's Expert regarding information for Motion for Summary Judgment~~ | ~~0.50~~ | ~~132.50~~ |
| | JM | ~~Multiple email exchange with Plaintiff on schedule completion of Affidavit~~ | | |

Page: 2
December 05, 2006
Account No: MD6013-013C
Statement No: 15589

Holt, Russell
Case 1:05-cv-01745-CKK    Document 29-2    Filed 12/05/2006    Page 2 of 3

Russell Holt v. American City Diner, Inc.

|  |  | Hours |  |
|---|---|---|---|
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| 10/24/2006 JM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| 10/25/2006 JM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| JM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| JM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| 10/26/2006 JM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | 371.00 |
| 11/07/2006 JM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ date for Plaintiff | ▓▓▓ | 26.50 |
| 11/09/2006 JM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ of Opposition to Defendant's MSJ | ▓▓▓ | ▓▓▓ |
| 11/10/2006 JM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/13/2006 JM | ▓▓▓▓ draft and electronic filing of Plaintiff's Opposition and Exhibits to Def's ▓▓▓ | ▓▓▓ | ▓▓▓ |
| JM | ▓▓▓▓▓▓▓ and review of Plaintiff's Opposition to Defendant's Motion for ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| JM | ▓▓▓▓▓▓▓▓▓▓▓▓ exchange with Co Counsel re: Plaintiff's Opposition and Exhibits to Def's MSJ | ▓▓▓ | ▓▓▓ |
| 11/15/2006 JM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ MSJ | ▓▓▓ | ▓▓▓ |
| JM | Telephone Conference with defense counsel ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| JM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/27/2006 JM | Receipt and review of Court Order granting attys fees and sanctions against defendant re: overdue discovery | 0.20 | 53.00 |
| JM | Multiple e-mail exchange with Co Counsel re: Motion for Attorney Fees and Expenses due 12/05 | 0.20 | 53.00 |

Russell Holt v. American City Diner, Inc.

| Date | | Description | Hours | |
|---|---|---|---|---|
| 12/04/2006 | JM | Drafting of motion for attorney fees re: sanctions and fees and cost for failure to comply with order only | 1.20 | 318.00 |
| | JM | Drafting notarizing of Affidavit for attorney fees motion re: sanctions and fees and cost for failure to comply with order only | 0.50 | 132.50 |

For Current Services Rendered

Total Current Work

Balance Due

5.? 1,537-