UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT,
    Plaintiff,

vs.

CASE NO.: 1:05-cv-01745
Judge Kollar-Kotelly

AMERICAN CITY DINER, INC,
    Defendant.
_____/

### ATTORNEY'S FEE AFFIDAVIT OF JASON E. MILES, ESQ.

STATE OF MARYLAND
COUNTY OF MONTGOMERY

    On this day personally appeared before me, the undersigned authority, Jason E. Miles, Esq., who being first duly sworn, says on oath:

1. I am a associate with the Law Firm of Schwartz Zweben & Slingbaum, LLP and represent the Plaintiff in this action and I make this affidavit on the basis of my personal knowledge to support an attorney's fee award.

2. I am a practicing attorney and have been a member of the Maryland State Bar since 1999. I was admitted to the United States District Court for the Districts of Maryland in 2003. I was admitted to the United States District Court for the District of Columbia in 2006.

3. All of the information provided in Plaintiff's Motion for Sanctions, Attorney's Fees and Cost as well as the billing records provided are true and correct to the best of my knowledge and billing discretion was used when finalizing the statement in this action.

_____
Affiant Signature

Sworn to and subscribed before me this 5th day of December, 2006.

_____
Notary Public, State of Maryland

AZRA K. KHAN
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 25, 2009