UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL HOLT,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN CITY DINER, INC.,<br><br>  Defendant. | Civil No. 05–1745 (CKK) |

**ORDER**
(May 15, 2007)

For the reasons set forth in an accompanying Memorandum Opinion, it is, this 15th day of May, 2007, hereby

ORDERED that Defendant's [25] Motion for Summary Judgment is GRANTED; it is also

ORDERED that Plaintiff's [24] Motion for Summary Judgment is DENIED AS MOOT; it is also

ORDERED that this case is DISMISSED.

*This is a final, appealable Order.*

                                                           /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge