UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT,

    Plaintiff,

  v.

AMERICAN CITY DINER, INC.,

    Defendant.

Civil No. 05–1745 (CKK)

**ORDER**
(May 15, 2007)

On September 26, 2006, Plaintiff filed [19, 20] Plaintiff's Motion for Sanctions and Attorney's Fees and Costs Due to Defendant, American City Diner, Inc.'s Failure to Respond to Discovery and Failure to Comply with Court Order and Memorandum of Law in Support Thereof. Defendant did not file any response thereto, despite the Court's granting Defendant until October 16, 2006, to respond via the Court's Minute Order of September 29, 2006. On November 27, 2006, the Court granted as conceded [19, 20] Plaintiff's Motion for Sanctions and Attorney's Fees and Costs Due to Defendant, American City Diner, Inc.'s Failure to Respond to Discovery and Failure to Comply with Court Order and Memorandum of Law in Support Thereof with respect to the filing of Plaintiff's [19] Motion and ordered Plaintiff to submit a "Request for Attorney's Fees" setting forth a specific request for reasonable attorney's fees only for Plaintiff's filing of its [19, 20] Motion. Accordingly, on December 5, 2006, Plaintiff filed [29] Plaintiff's Request for Attorney Fees and Expenses. Defendant did not file any response thereto.

Furthermore, in the Court's November 27, 2006 Order, the Court indicated that Plaintiff's request that the "Court compel Defendant to respond to Plaintiff's outstanding

discovery requests" would be held in abeyance until the Court ruled on the then-pending Motions for Summary Judgment in this case. The Court has since granted Defendant's [25] Motion for Summary Judgment and denied as moot Plaintiff's [24] Motion for Summary Judgment.

Accordingly, it is, this 15th day of May, 2007, hereby

ORDERED that [29] Plaintiff's Request for Attorney Fees and Expenses is GRANTED AS CONCEDED, and furthermore, that the Court finds that the requested amount of attorney's fees is reasonable; it is also

ORDERED that Plaintiff is awarded $1,537.00 in attorney's fees pursuant to the Court's granting [29]; it is also

ORDERED that Plaintiff's [19, 20] request that the "Court compel Defendant to respond to Plaintiff's outstanding discovery requests" is DENIED in light of the Court's granting Defendant's [25] Motion for Summary Judgment and dismissing the instant case.

SO ORDERED.

                                                                          /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge