UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT,

    Plaintiff,

vs.                                                CASE NO.: 1:05-cv-01745
                                                     Judge Kollar-Kotelly

AMERICAN CITY DINER, INC,

    Defendant.
_____/

### PLAINTIFF'S MOTION TO CONVERT THE COURT'S ORDERS DATED NOVEMBER 27, 2006 AND MAY 15, 2007 AWARDING ATTORNEY'S FEES AND COSTS TO JUDGMENT

COMES NOW, Plaintiff, by and through his undersigned attorney, and hereby respectfully request that the Court issue a Judgment in the amount of $3,354.00 against the Defendant for Attorney's Fees and Costs pursuant to the Court's Orders dated November 27, 2006, [See Docket #28] and the Court's Order dated May 15, 2007, [See Docket #32] in support thereof states:

    1.    This was an action initiated by the Plaintiff against the Defendant for violations of the Americans with Disabilities Act at the Defendant's property, AMERICAN CITY DINER, located at 5532 Connecticut Avenue, NW, Washington, D.C. 20015.

    2.    On or about September 14, 2006, the Plaintiff filed their Motion for Attorney's Fees and Costs with the Court pursuant to the September 1, 2006, Order of the Court granting Plaintiff's Motion to Compel Discovery. [See Docket #17].

    3.    On or about November 27, 2006, the Court entered an Order granting in part Plaintiff's Motion for Attorney's Fees and Costs, and awarding Plaintiff the sum of $1,817.00 in attorney's fees and costs.

1

3. On or about December 5, 2006, the Plaintiff filed their Motion for Attorney's Fees and Costs with the Court pursuant to the November 27, 2006, Order of the Court granting Plaintiff's Motion for Sanctions, Attorney's Fees and Costs Due to Defendant, American City Diner, Inc.'s Failure to Respond to Discovery and Failure to Comply with Court Order and Memorandum of Law in Support Thereof. [See Docket #28].

4. On or about May 15, 2007, the Court entered an Order granting in part Plaintiffs' Motion for Attorney's Fees and Costs, and awarding Plaintiffs the sum of $1,537.00 in attorney's fees and costs. [See Docket #32].

5. The undersigned has contacted Defense counsel regarding this matter, but as of today's date, the Defendant has not paid said attorney's fees and costs.

6. The Plaintiff respectfully requests that the Court convert the Order awarding attorney's fees and costs to a Judgment so that the Plaintiff can take the necessary and appropriate steps to collect said attorney's fees and costs.

WHEREFORE, the Plaintiff respectfully request that the Court enter a Judgment in the amount of $3,354.00 against the Defendant.

Dated: May 18, 2007            Respectfully submitted,

                                                s/Jason E Miles
                                                Jason E. Miles, Esq.
Schwartz Zweben & Associates, LLP
51 Monroe St., Suite 812
Rockville, Maryland 20850
(301)294-6868--- Voice
(301)294-6480--- Fax
Attorney for Plaintiff
jmiles@szalaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on May 18, 2007, filed the foregoing document with the Clerk of the Court and to the following ECF Registrants:  office@jsweisspc.com


<u>S/Jason E Miles</u>
Jason E. Miles, Esq.