UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT,

    Plaintiff,

vs.   CASE NO.: 1:05-cv-01745
       Judge Kollar-Kotelly

AMERICAN CITY DINER, INC,

    Defendant.
_____/

## JUDGMENT ON DECISION BY THE COURT

UPON CONSIDERATION of the Plaintiff's Motion for Attorney's Fees and Costs filed on September 14, 2006, and any opposition filed thereto; and Plaintiff's Motion for Attorney's Fees and Costs filed on December 5, 2006, and any opposition filed thereto; and pursuant to the Court's Orders dated November 27, 2006, [See Docket #28] and the Court's Order dated May 15, 2007, [See Docket #32] respectively,

    It is ORDERED and ADJUDGED

That the Plaintiff recover from the Defendant, AMERICAN CITY DINER, INC., the sum of $3,354.00, with interest thereon at the rate of _____ per cent as provided by law, and his cost of action.

    Dated at District of Columbia, Washington, this _____ day of _____, 2007.


                                                      _____
                                                    Clerk of Court