**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RUSSELL HOLT,

    Plaintiff,

vs.                                        CASE NO.: 1:05-cv-01745
                                                  Judge Kollar-Kotelly

AMERICAN CITY DINER, INC,

    Defendant.

_____/

**NOTICE OF APPEAL**

    NOTICE IS HEREBY GIVEN that Plaintiff, Russell Holt, in the above-named case hereby appeals to the United States Court of Appeals for the Fourth Circuit the Court's Memorandum Opinion and Order granting Defendant American City Diner's Motion for Summary Judgment entered in this action on May 15, 2007.

    Dated this 11th day of June, 2006

                                                       s/Jason E Miles
                                                       Jason E. Miles, Esq.
                                                       Schwartz Zweben & Associates, LLP
                                                       51 Monroe St., Suite 812
                                                       Rockville, Maryland 20850
                                                      (301)294-6868--- Voice
                                                       (301)294-6480--- Fax
                                                       Attorney for Plaintiff
                                                       jmiles@szalaw.com

2

**<u>CERTIFICATE OF SERVICE</u>**

     I HEREBY CERTIFY that on June 11, 2007, filed the foregoing document with the Clerk of the Court and to the following ECF Registrants:  office@jsweisspc.com

                      S/Jason E Miles
                      Jason E. Miles, Esq.