UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT,

    Plaintiff,

vs.                                                  CASE NO.: 1:05-cv-01745
                                                    Judge Kollar-Kotelly

AMERICAN CITY DINER, INC,

    Defendant.
_____/

## AMENDED NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, Russell Holt, in the above-named case hereby appeals to the United States Court of Appeals for the District of Columbia Circuit the Court's Memorandum Opinion and Order granting Defendant American City Diner's Motion for Summary Judgment entered in this action on May 15, 2007.

Dated this 12th day of June, 2006

                                                s/Jason E Miles
                                                Jason E. Miles, Esq.
                                                Schwartz Zweben & Associates, LLP
                                                51 Monroe St., Suite 812
                                                Rockville, Maryland 20850
                                                (301)294-6868--- Voice
                                                (301)294-6480--- Fax
                                                Attorney for Plaintiff
                                                jmiles@szalaw.com

2

**<u>CERTIFICATE OF SERVICE</u>**

     I HEREBY CERTIFY that on June 12, 2007, filed the foregoing document with the Clerk of the Court and to the following ECF Registrants: <u>office@jsweisspc.com</u>

                    <u>S/Jason E Miles          </u>
                    Jason E. Miles, Esq.