IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                                                                      Civil Action No.:   05-1745

AMERICAN CITY DINER, INC.
d/b/a AMERICAN CITY DINER

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, RUSSELL HOLT, and the Defendant, AMERICAN CITY DINER, INC. d/b/a AMERICAN CITY DINER, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice. Any and all claims related to this action are considered as Paid, Satisfied, Settled and Dismissed with Prejudice.

WHEREFORE, the parties move this Court for the entry of the Final Order set forth below.

Dated this 23rd day of January 2008.

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Schwartz Zweben & Slingbaum, LLP. | Law Office of Jay S. Weiss, P.C. |
| 205 SW Winnachee Drive | 1828 L Street, N.W., Suite 902 |
| Stuart, Florida 34994-7105 | Washington, D.C. 20036 |
| Telephone:   (772) 223-5454 | Telephone:   (202) 872-1545 |
| Fax:         (772) 463-0778 | Fax:         (202) 296-0568 |
| By: /s/ Gene R. Zweben | By: /s/ Jay S. Weiss |
|     Gene R. Zweben, Esquire |     Jay S. Weiss, Esquire |
|     Florida Bar No. 0088919 |     Florida Bar No. 374237 |
| |     *(Signed by Plaintiff's Counsel with Permission)* |