IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                                             Civil Action No.:   05-1745

AMERICAN CITY DINER, INC.
d/b/a AMERICAN CITY DINER

    Defendant.
_____/

**FILED**

JAN 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FINAL ORDER

THIS CAUSE came before consideration of this Court upon the parties' Joint Stipulation of Dismissal With Prejudice filed January 23, 2008.

The Court has considered the Stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises it is ORDERED AND ADJUDGED that:

1. This action is hereby dismissed in its entirety with any and all claims related to this action considered as Paid, Satisfied, Settled and Dismissed with Prejudice.

DONE AND ORDERED this 25th day of Jan., 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Gene R. Zweben, Esq.
Jay S. Weiss, Esq.

