# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7123**  **September Term, 2007**

05cv01745

Filed On:

Russell Holt,
    Appellant

v.

Amer City Diner Inc, doing business as American City Diner,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    FEB 1 3 2008

**CLERK**

### O R D E R

Upon consideration of the joint stipulation for dismissal of this appeal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Mark Butler
Deputy Clerk

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk